IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WESTMORELAND COAL COMPANY, et al.,[1]<br>Debtors. | Chapter 11<br><br>Case No. 18-35672 (DRJ)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT the undersigned counsel, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), hereby enters his appearance as counsel for the Conflicts Committee of the Board of Directors Westmoreland Resources GP, LLC (the "Conflicts Committee") and as conflicts counsel for Debtor Westmoreland Resource Partners, LP and its Debtor subsidiaries (collectively, the "WMLP Debtors") in the above-captioned bankruptcy cases (the "Cases"), and respectfully requests that the name of counsel listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in these Cases, all pleadings and other papers served, or required to be served, in these Cases, be given to and served upon the following:

> Timothy W. Hoffmann, Esq.
> JONES DAY
> 77 West Wacker
> Chicago, Illinois  60601

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the proposed claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland.  Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: thoffmann@jonesday.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, whether transmitted or conveyed by regular mail, electronic mail, delivery service or some other means, or otherwise filed or made with regard to these Cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

PLEASE TAKE FURTHER NOTICE THAT, this Notice of Appearance and Request for Service of Papers shall not be deemed to be or construed as a waiver of the WMLP Debtors' or the Conflicts Committee's rights:  (a) to have final orders in non-core matters entered only after de novo review by a District Judge; (b) to trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case; or (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.  This Notice of Appearance and Request for Service of Papers is likewise not a waiver of any other rights, claims, actions or setoffs to which the WMLP Debtors or the Conflicts Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses and setoffs the WMLP Debtors and the Conflicts Committee expressly reserve.

DATED:  October 11, 2018

    Respectfully submitted,

    */s/ Timothy W. Hoffmann*
    Timothy W. Hoffmann
    (admitted *pro hac vice*)
    JONES DAY
    77 West Wacker
    Chicago, Illinois  60601
    Telephone:  (312) 782-3939
    Facsimile:  (312) 782-8585
    Email: thoffmann@jonesday.com

    ATTORNEY FOR THE WMLP DEBTORS AND THE CONFLICTS COMMITTEE OF THE BOARD OF DIRECTORS OF WESTMORELAND RESOURCES GP, LLC

## CERTIFICATE OF SERVICE

On October 11, 2018, a copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties receiving electronic notification in these cases from the Court's CM/ECF system.

    */s/ Timothy W. Hoffmann*
    Timothy W. Hoffmann