# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | ) Case No. 18-35672 (DRJ) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Westmoreland Coal Company and the other above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

Gary Kohn has signed each set of the Schedules and Statements. Mr. Kohn serves as the Chief Financial Officer for Westmoreland Coal Company and he is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. Kohn has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors. Mr. Kohn has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors, and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or financial advisors are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1. **Description of Cases.** On October 9, 2018, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On the Petition Date, an *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 71] was entered directing joint administration of these chapter 11 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. On October 18, 2018, the United States Trustee appointed an official committee of unsecured creditors in the Debtors' bankruptcy cases [Docket No. 206]. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. The information provided herein, except as otherwise noted, is reported as of the the Petition Date of each respective Debtor, as appropriate.

2. **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the

Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c)     **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)     **Claims Description.**  Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to

the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(f)     **Causes of Action.**  Despite reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)     **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property rights should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h)     **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who served as officers and directors, as the case may be, during the relevant time periods.  Such individuals may no longer serve in such capacities.  The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

4.     **Methodology.**

(a)     **Confidential Information.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of a confidentiality agreement between

the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(b) **Umbrella or Master Agreements.** Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(c) **Executory Contracts.** Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

(d) **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities and prepetition payments once.

(e) **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values. Market values may vary, at some times materially, from net book values. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(f) **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(g) **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(h)   **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i)   **Inventories; Property and Equipment.**  Inventories consist of materials and supplies and coal inventory.  These inventories are valued at the lower of cost or market. Coal inventory costs include labor, supplies, equipment, operating overhead, and transportation costs incurred prior to the transfer of title to customers. Property, plant, equipment and mine development are recorded at cost or at fair value at the date of acquisition in the case of acquired businesses, and are presented net of accumulated depreciation and amortization.  Property, plant, and equipment are aggregated in the Debtors' books and records and cannot be segregated easily into the categories required by the Schedules and Statements.  All inventories, as well as all property and equipment, are presented without consideration of any statutory or consensual liens.

(j)   **Coal Reserves.**  As of December 31, 2017, the Debtors control an estimated 438 million tons of proven and probable coal reserves located in Montana, North Dakota, Texas, Ohio, and New Mexico.  The Debtors have not analyzed the current market value of their owned or leased coal reserves.  Except where otherwise noted, the Debtors have reported the book value of all owned pieces of real property, including coal reserves, in Schedule A/B.  Certain unexpired coal reserve leases of the Debtors as of the Petition Date that may constitute executory contracts or unexpired leases within the meaning of Bankruptcy Code section 365 are also included in Schedule G, and to the extent that there was an amount outstanding under a coal reserve lease, such as royalties payable, as of the Petition Date, the amount owed to the lessor of the coal reserves has been listed on Schedule E/F.

(k)   **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(l)   **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to Court order—as such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(m) **Intercompany Claims.** As described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue to Perform Intercompany Transactions* [Docket No. 16] (the "Cash Management Motion"), the Debtors maintain business relationships with each Debtor and non-Debtor entity, conducting transactions from time to time that result in intercompany receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Prepetition receivables and payables among the Debtors in these chapter 11 cases and their non-Debtor affiliates are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims, loans, and notes.

(n) **Guarantees and Other Secondary Liability Claims.** The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules E/F, G and H for the affected Debtor. The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue to review their books and records and contractual agreements. The Debtors reserve their rights, but is not required, to amend the Schedules and Statements if additional guarantees are identified.

(o) **Excluded Assets and Liabilities.** The Debtors have potentially excluded the following categories of assets and liabilities from the Schedules and Statements, including, without limitation, certain employee benefit accruals, tax accruals, accrued accounts payable, goodwill and investments in the subsidiaries. Other immaterial assets and liabilities may also have been excluded.

(p) **Liens.** The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(q) **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(r) **Setoffs.** The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, and negotiations and/or disputes between the Debtors and their customers and/or suppliers. These normal, ordinary course setoffs and nettings are common to the industry. Due to the voluminous nature of setoffs and nettings, it would be unduly

burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures.**

**Schedules Summary**.   Except as otherwise noted, the asset totals represent amounts as of September 30, 2018 and liability information provided herein represents the Debtors' liabilities as of the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

(a)    **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' cash management system and bank accounts are provided in the Debtors' Cash Management Motion and the interim order of the Court granting the Cash Management Motion [Docket No. 83].

Additionally, the Court, pursuant to the *Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests* [Docket No. 176], has authorized the Debtors to provide adequate assurance deposit, in the aggregate amount of $729,000. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the

Petition Date.  Bank account balances listed in Part 1 represent the balance as of October 8, 2018.

(b)  **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(c)  **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Due to the volume, the individual fixed asset schedules have not been included in Part 7.  However, those fixed asset schedules are available upon request.

(d)  **Schedule A/B, Part 8 – Machinery, equipment, & vehicles.**  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Due to the volume, the individual fixed asset schedules have not been included in Part 8. However, those fixed asset schedules are available upon request.

(e)  **Schedule A/B, Part 9 – Real Property.**  For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.   Buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.   The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Coal property indicates coal that is yet to be mined and exists unprocessed on or below the earth's surface in its natural state.  Due to the interwoven nature of yet to be mined coal and real property, the Debtors have included coal property on Schedule A/B, Part 9.  The Debtors take no position as to whether coal property should be considered real property for the purposes of Schedule A/B, Part 9. Additionally, due to the continuous flux in value of mined versus unmined coal property and the numerous tracts of coal and real property owned by the Debtors, the Debtors do not, as a matter of course, assign a separate net book value to each piece of coal and real property.  Therefore, the net book property values are listed in summary fashion on Schedule A/B, Part 9.

(f)  **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments.

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

***Interests in Insurance Policies or Annuities.*** A list of Debtors' insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Policies Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, and (IV) Enter into New Premium Financing Agreements in the Ordinary Course of Business* [Docket No. 7] (the "Insurance Motion") and the interim order of the Court granting the Insurance Motion [Docket No. 74]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined."

Intercompany receivables reflect the balance as of October 8, 2018.

(g)    **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. In certain instances, some of the Debtors may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights. Although there

are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

As of May 21, 2018, the Debtors Westmoreland Coal Company and Westmoreland San Juan Holdings, Inc., and non-Debtor Prairie Mines & Royalty ULC were borrowers under a bridge loan facility (the "Bridge Loan Facility") secured by a first-lien security interest in substantially all of the Debtors' U.S. and Canadian assets. As of the Petition Date, $90 million in principal amount was outstanding thereunder.

Westmoreland Coal Company and certain of its affiliates and subsidiaries (the "WLB Debtors") have since entered into a senior secured debtor-in-possession term credit facility in the maximum amount of $110 million (the "DIP Facility"). The DIP Facility provides the WLB Debtors with $20 million in incremental liquidity and refinances the $90 million in obligations outstanding under the Bridge Loan Facility.

Additionally, as of the Petition Date, Debtor Westmoreland Coal Company was the borrower under a secured term loan facility (the "WLB Term Loan Facility"), under which approximately $320 million in principal amount was outstanding. Furthermore, Debtor Westmoreland Coal Company issued $350 million aggregate principal amount of 8.75% senior secured notes due 2022 (the "WLB Senior Secured Notes"). As of the Petition Date, $350 million in principal amount of WLB Senior Secured Notes was outstanding.

As of the Petition Date, Westmoreland Resource Partners, LP's and certain of its affiliates' (the "MLP Debtors") funded debt was comprised of approximately $326.8 million in aggregate debt obligations.

Pursuant to the MLP Loan Documents (as defined in MLP Debtors' Cash Collateral Motion [Docket No. 18]), the MLP Debtors were initially obligors with respect to a $175.0 million term loan facility. On August 1, 2015, the MLP Debtors exercised their option to incur an additional $120.0 million in term loan indebtedness pursuant to the MLP Credit Agreement (as defined in MLP Debtors' Cash Collateral Motion [Docket No. 18]). The MLP Credit Agreement matures on December 31, 2018. The obligations under the MLP Loan Documents, and the guarantees of those obligations, subject to permitted liens, are secured by a first-priority lien on substantially all of the assets of the MLP Guarantors. The MLP Guarantors are: Harrison Resources, LLC; Oxford Mining Company-Kentucky, LLC; Daron Coal Company, LLC; Oxford Conesville, LLC; and Westmoreland Kemmerer, LLC.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

***Part 1 - Creditors with Priority Unsecured Claims.*** Pursuant to the *Interim Order Authorizing the Payment of Prepetition Taxes and Fees* [Docket No. 75] (the "Interim Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any

unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Interim Taxes Order are not listed in Schedule E.

Furthermore, pursuant to the *Interim Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs* [Docket No. 76] (the "Interim Wages Motion"), the Debtors have been granted authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed in Schedule E.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

***Part 2 - Creditors with Nonpriority Unsecured Claims.*** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding certain compensation-related claims of insiders of the Debtors, with such claims being listed as "contingent," "unliquidated," and/or "disputed." In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In the ordinary course of business, the Debtors have retained certain customer prepayments and advances. Given the volume of such prepayments and advances and their confidential nature, the Debtors have not listed such prepayments and advances on Schedule E/F, Part 2. A more thorough description of the Debtors'

customer relationships is set forth in the *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Honor Prepetition Obligations to Customers in the Ordinary Course of Business and (II) Continue, Renew, Replace, Implement, or Terminate Customer Programs* [Docket No. 12].

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights, but undertakes no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

(h)     **Schedule G – Executory Contracts and Unexpired Leases.**  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Additionally, in certain instances, executory contracts and unexpired leases may be omitted due to their confidential nature, but can be made available to the U.S. Trustee on a confidential basis.  Additionally, relationships between the Debtors and their customers are often governed by a master services agreement, under which customers also place work and purchase orders, which may be considered executory contracts.  Disclosure of all of these purchase and work orders, however, is impracticable and unduly burdensome.  Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Expired contracts and leases may have also been inadvertently included.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreement, which documents may not be set forth in Schedule G.  The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(i)     **Schedule H – Co-Debtors.** For purposes of Schedule H, agents and trustees under the prepetition credit facilities and senior notes, retiree benefit plans, multi-employer pension plans, the Pension Benefit Guaranty Corporation and other counterparties that are subject to a guaranty are listed as co-Debtors on Schedule H. The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedules E/F.

6.     **Specific Statements Disclosures.**

(a)     **Statements, Part 1, Question 2 – Non-Business Revenue.** The Debtors record a non-material amount of certain transactions as other income in their financial records. Such transactions have been included in the response to Statements, Part 1, Question 2. These transactions are not related to the sale of coal but are related to the sale of surplus equipment, interest income and other sundry items.

(b)     **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.** The dates set forth in the "Dates" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date. Disbursements are made by Westmoreland Coal Company or its affiliates, and recorded to the proper entity with the liability through intercompany journal entries. For the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account owned. In addition to the payments disclosed in response to this Question, the Debtors periodically replenish "petty cash" working accounts held locally by some entities. Disbursements from these working accounts, held by various Debtors, to third party payees are included in this Question but the intercompany replenishment transactions are not. Payments to the Debtors' bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included the payments to creditors. Payments to the aforementioned parties are provided as follows: bankruptcy professionals (Question 11), Insiders (Question 4), Intercompany (Question 4), Donations (Question 9) and wage garnishments (excluded).

14

(c)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.**  For a discussion of setoffs incurred by the Debtors, refer to paragraph 3(h) of these Global Notes.  To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became and insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.  Business travel arrangements, including flights and hotels, for certain of the Debtors' directors and officers have been paid for by Westmoreland Coal Company's corporate credit card.  Such payments are not listed in the response to Question 4 on the Statements.  Payments to Terry Bachynski, a director of the Debtors, have been made by the non-debtor entity Prairie Mines & Royalty ULC for the benefit of Westmoreland Coal Company.  Due to the volume, intercompany payments and transfers have been summarized by monthly totals.

(d)     **Statements, Part 4, Question 9 – Certain Gifts & Charitable Contributions.**  In the spring of 2017, the Debtors provided hotel stays to certain accounting employees and their spouses as a reward.  The Debtors believe that the hotel awards were potentially over the $1,000 threshold for Statements Part 4.  The Debtors believe that it would be an inefficient use of resources and difficult to locate the awards that were in excess of such threshold.  Accordingly, the Debtors have not included these hotel awards in the Statements, Part 4.

(e)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**  The payments provided in Question 11 are reported at the specific Debtor who made the payment.  Specifically, payments were made by Westmoreland Coal Company, Oxford Mining Company, LLC and Texas Westmoreland Coal Company.  The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.

(f)     **Statements, Part 12, Questions 22-24 – Details About Environmental Information.**  The Debtors historically have operated over a substantial period of time in several locations across Colorado, Kentucky, Montana, New Mexico, North Carolina, North Dakota, Ohio, Pennsylvania, Texas, Virginia, Wyoming, and Alberta and Saskatchewan in Canada.  At some locations, the Debtors no longer have any active operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable.  In some cases, statutory document retention periods have passed.  Further, some individuals who once possessed responsive information are no longer employed by the Debtors.  For all these reasons, it may not be possible to identify and supply the requested information for all of the requested information that is responsive to Statements Part 12, Questions 22-24.  The Debtors have provided responsive information for matters and issues that have arisen within the last three years, including matters and issues that the Debtors consider to have been resolved.  This timeframe is consistent with requirements in state and federal coal mining regulations to include environmental violations from the previous three-year period in Surface Mining Control and Reclamation Act coal mining permit applications, revisions and renewals.  This response does not include sites or proceedings related to non-

environmental laws, such as occupational safety and health laws or transportation laws.   This response is also limited to identifying circumstances in which governmental agencies have alleged in writing that particular operations of the Debtors are in violation of environmental laws and proceedings that have resulted from alleged violations of environmental laws.  This response also does not cover: (i) periodic information requests, investigations or inspections from governmental units concerning compliance with environmental laws; or (ii) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements, such as monthly discharge monitoring reports.

(g)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their Responses to Statement, Part 13, Question 26.

(h)     **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtors to their respective directors and officers are listed on the attachment to Question 4.  Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates.   To the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Question 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*       *       *       *       *

**Fill in this information to identify the case:**

Debtor name ___Westmoreland Resource Partners, LP___

United States Bankruptcy Court for the: ___Southern___     District of Texas, Houston Division

Case number (If known): ___18-35702 (DRJ)___

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................

   $ ___357,463,317.12
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................

   $ ___357,463,317.12
   + undetermined amounts

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .............................

   $ ___326,878,887.87
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........

   + $ ___115,250,498.67
   + undetermined amounts

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $ ___442,129,386.54
   + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name _Westmoreland Resource Partners, LP_

United States Bankruptcy Court for the: _Southern_ District of Texas, Houston Division

Case number (If known): _18-35702 (DRJ)_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ _____ 20,195,715.66 |
| 3.2. | | | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | | $ _____ 0.00 |
|---|---|---|
| 4.2. | | $ _____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____ 20,195,715.66

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. None | $ _____ 0.00 |
|---|---|
| 7.2. | $ _____ |

Debtor  Westmoreland Resource Partners, LP
Name

Case number (if known)  18-35702 (DRJ)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attached Rider ........................................................................................... $  1,585,821.43

8.2. ........................................................................................................................ $

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. ................................................. $  1,585,821.43

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

[X] No. Go to Part 4.

[ ] Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ face amount | – | _____ doubtful or uncollectible accounts | = ....➔ | $ _____ |
| 11b. Over 90 days old: | _____ face amount | – | _____ doubtful or uncollectible accounts | = ....➔ | $ _____ |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. ...............  $  0.00

## Part 4: Investments

13. **Does the debtor own any investments?**

[ ] No. Go to Part 5.

[X] Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. None | _____ | $  0.00 |
| 14.2. _____ | _____ | $ _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. See Attached Rider | _____ % | _____ | $  0.00 |
| 15.2. _____ | _____ % | _____ | $ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. None | _____ | $  0.00 |
| 16.2. _____ | _____ | $ _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. ...........................................  $  0.00
+ undetermined amounts

Debtor      Westmoreland Resource Partners, LP                          Case number (*if known*)  18-35702 (DRJ)
            Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Westmoreland Resource Partners, LP                    Case number *(if known)* 18-35702 (DRJ)
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Westmoreland Resource Partners, LP          Case number *(if known)*    18-35702 (DRJ)
       Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

$ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  Westmoreland Resource Partners, LP
      Name

Case number (if known)  18-35702 (DRJ)

---

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

  ☒ No. Go to Part 10.

  ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ☐ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

---

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>None | $ _____ | _____ | $ _____ 0.00 |
| 61. **Internet domain names and websites**<br>www.westmorelandmlp.com | $ _____ Undetermined | N/A | $ _____ Undetermined |
| 62. **Licenses, franchises, and royalties**<br>None | $ _____ | _____ | $ _____ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ _____ | _____ | $ _____ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ _____ | _____ | $ _____ 0.00 |
| 65. **Goodwill**<br>None | $ _____ | _____ | $ _____ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ _____ 0.00
+ undetermined amounts

Debtor    Westmoreland Resource Partners, LP                          Case number *(if known)*   18-35702 (DRJ)
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☒ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

None                                    _____ − _____ = ➔  $_____0.00
                                        Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | | |
|---|---|---|
| | Tax year _____ | $_____0.00 |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

See Attached Rider                                                   $_____0.00
                                                                     + undetermined amounts

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None                                                                 $_____0.00

**Nature of claim**       _____

**Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                                                 $_____0.00

**Nature of claim**       _____

**Amount requested**      $_____

76. **Trusts, equitable or future interests in property**

None                                                                 $_____0.00

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

See Attached Rider                                                   $    335,681,780.03

                                                                     $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                  $    335,681,780.03
                                                                     + undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor   Westmoreland Resource Partners, LP _____    Case number (if known) ___ 18-35702 (DRJ) _____
                 Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 20,195,715.66 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 1,585,821.43 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00<br>+ undetermined amounts | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 0.00 | |
| 88. **Real property.** Copy line 56, Part 9. ............................➡ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00<br>+ undetermined amounts | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 335,681,780.03<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 357,463,317.12<br>+ undetermined amounts | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................... | | $ 357,463,317.12<br>+ undetermined amounts |

Debtor Name: Westmoreland Resource Partners, LP                    Case Number: 18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| CIBC - US | Operating | 7488 | $4,313,264.04 |
| CIBC - US | Money Market/Operating | 7303 | $15,656,124.31 |
| MORGAN STANLEY | Restricted | -139 | $226,327.31 |
| | | **TOTAL** | **$20,195,715.66** |

Debtor Name: Westmoreland Resource Partners, LP                    Case Number:   18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Other prepaids | AON Risk | $259,071.43 |
| Other prepaids | BOD - BC | $28,750.00 |
| Other prepaids | BOD - GT | $41,250.00 |
| Other prepaids | BOD - KH | $28,750.00 |
| Other prepaids | BOD - KK | $28,750.00 |
| Prepaid dues & subscriptions | NYSE | $16,250.00 |
| Prepaid dues & subscriptions | US Bank | $5,000.00 |
| Prepaid restructuring retainer | Jones Day | $150,000.00 |
| Prepaid restructuring retainer | K&E | $748,000.00 |
| Prepaid restructuring retainer | PWC | $150,000.00 |
| Prepaid restructuring retainer | Schulte | $100,000.00 |
| Prepaid restructuring retainer | Venable | $30,000.00 |
|  | **TOTAL** | **$1,585,821.43** |

Debtor Name: Westmoreland Resource Partners, LP                    Case Number: 18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Oxford Mining Company, LLC | 100 | N/A | Undetermined |
| Westmoreland Kemmerer, LLC | 100 | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Westmoreland Resource Partners, LP                    Case Number: 18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ACE American Insurance Company | Property Reinsurance | EPRN14324008/GPRN14323 995 | Undetermined |
| ACE Property & Casualty Insurance Company | Umbrella (US) | XOO M00982556 003 | Undetermined |
| AIG (National Union Fire Insurance Company of Pittsburgh, PA) | Directors & Officers | 01-592-30-35 | Undetermined |
| AIG (National Union Fire Insurance Company of Pittsburgh, PA) | Directors & Officers | 01-592-34-51 | Undetermined |
| Allied World Assurance Company Ltd | Property Reinsurance | P000665/017 | Undetermined |
| American Longshore Mutual Association | Workers Compensation (USL&H) | ALMA01347-05 | Undetermined |
| Ariel Re Bda Limited on behalf of Ariel Syndicate 1910 | Property Reinsurance | P133645 Sec 2 | Undetermined |
| Ariel Re Bda Limited on behalf of Ariel Syndicate 1910 | Property Reinsurance | P133645 Sec 1 | Undetermined |
| Axis (Axis Insurance Company) | Directors & Officers | MLN760869/01/2017 | Undetermined |
| Axis Insurance Company | Crime (US) | MAN775028/01/2018 | Undetermined |
| Axis Reinsurance Company | Crime (Canada) | CTS782151/01/2018 | Undetermined |
| Axis Surplus Insurance Company | Property Reinsurance | RAF768290-18 | Undetermined |
| Barbican | Property Reinsurance | 042768071811 | Undetermined |
| Berkley Pro (Berkley Professional Liability | Directors & Officers | BPRO8027183 | Undetermined |
| Chubb (Federal Insurance Company) | Directors & Officers | 6802-2924 | Undetermined |
| Chubb Bermuda Insurance Ltd | Property Reinsurance | WESTMOR01182P10A/WES TMOR01182P10B | Undetermined |
| CNA (Continental Casualty Company) | Directors & Officers | 596515319 | Undetermined |
| Federal Insurance Company | EPL | 7/1/18-7/1/19 | Undetermined |
| Federal Insurance Company | Fiduciary (US) | 6802-2927 | Undetermined |
| Ironshore Europe Ltd | Excess Liability (US) | B080116993U18 | Undetermined |
| Ironshore Insurance Ltd | Property Reinsurance | 443099918A | Undetermined |
| Ironshore Specialty Insurance Company | Pollution (San Juan) | 002852102 | Undetermined |
| Lloyds | Excess Liability (Worldwide) | B080117048U18 | Undetermined |
| Lloyds of London | General Liability (Canada) | B080127451G18 | Undetermined |
| Lloyds of London | Property Reinsurance | B080111516U18 Sec 1 | Undetermined |
| Lloyds of London | Property Reinsurance | B080111516U18 Sec 2 | Undetermined |
| Lloyds of London | Property Reinsurance | B080117719U18 | Undetermined |
| Lloyds of London | Property Reinsurance | B080117720U18 | Undetermined |
| Lloyds of London | Property Reinsurance | B080117721U18 | Undetermined |

Debtor Name: Westmoreland Resource Partners, LP                                    Case Number: 18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Lloyds of London | Property Reinsurance | B080117723U18 | Undetermined |
| Lloyds of London | Terrorism | B080112161L18 | Undetermined |
| Markel Bermuda Limited | Property Reinsurance | 1374759-9723-PRMAN-2018 | Undetermined |
| National Union Fire Insurance Co of Pittsburgh | Business Travel Accident | GTP0009038830-C | Undetermined |
| Navigators (Navigators Insurance Company) | Directors & Officers | CH17DOL325734IV | Undetermined |
| Northbridge General Insurance Corporation | Auto (Canada) | 194956900 | Undetermined |
| Oil Casualty Insurance Ltd | Property Reinsurance | P-100854-0718 | Undetermined |
| Old Republic (Old Republic Insurance Company) | Directors & Officers | ORPRO 39685 | Undetermined |
| Old Republic (Old Republic Insurance Company) | Directors & Officers | ORPRO 39686 | Undetermined |
| ReliaStar Life Insurance Company | Medical Stop Loss Coverage | 68743-0 | Undetermined |
| Sompo Endurance (Endurance American Insurance Company) | Directors & Officers | DOX10005833703 | Undetermined |
| Sompo International dba Endurance Specialty Insurance Ltd | Property Reinsurance | BPF10009147203 | Undetermined |
| Starr (Starr Indemnity and Liability Company) | Directors & Officers | 1000059175171 | Undetermined |
| Steadfast Insurance Company | Railroad | SCO0180690-03 | Undetermined |
| Travelers Property Casualty Company of America | Excess Marine | ZOX41M34546 | Undetermined |
| Travelers Property Casualty Company of America | Stevedores/Wharfingers | ZOL51M35577 | Undetermined |
| U.S. Specialty Insurance Company | Special Contingency Risk | U718-85713 | Undetermined |
| Westmoreland Risk Management Inc. | Captive General Liability | WRMGL18 | Undetermined |
| Westmoreland Risk Management Inc. | Captive Property | WRMPR17 | Undetermined |
| Westmoreland Risk Management Inc. | Captive Property Reinsured | WRMPRXS17 | Undetermined |
| Westmoreland Risk Management Inc. | Captive Stop Loss Medical | WRMI-SL010115 | Undetermined |
| XL (XL Speciality Insurance Company) | Directors & Officers | ELU150790-17 | Undetermined |
| XL (XL Speciality Insurance Company) | Directors & Officers | ELU151510-17 | Undetermined |
| XL Europe Ltd | Excess Liability (Worldwide) | B080117048U18 | Undetermined |
| Zurich American Insurance Company | Automobile Liability | BAP 6541478-09 | Undetermined |
| Zurich American Insurance Company | Cargo | OC5845067 / 8842120 | Undetermined |
| Zurich American Insurance Company | General Liability (All states other than Texas) | GLO6541479-09 | Undetermined |
| Zurich American Insurance Company | General Liability (Texas) | GLO 6541480-09 | Undetermined |
| Zurich American Insurance Company | Property | MNG9819606-05 | Undetermined |

Debtor Name: Westmoreland Resource Partners, LP                              Case Number: 18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| Zurich American Insurance Company | Property | MNG9819606-05 | Undetermined |
| Zurich American Insurance Company | Property Canada Front | MNG0180837-02 / 8843281 | Undetermined |
| Zurich American Insurance Company of IL | Workers Compensation (CO, KY, TX, VA, WV) | WC 5761215-05 | Undetermined |
| Zurich American Insurance Company of IL | Workers Compensation (NM) | WC 0222543-03 | Undetermined |
| | | **TOTAL** | **$0.00** **+ undetermined amounts** |

Debtor Name:    Westmoreland Resource Partners, LP                    Case Number:        18-35702 (DRJ)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Oxford Mining Company, LLC | $335,566,780.03 |
| Miscellaneous Accounts Receivable | $115,000.00 |
| **TOTAL** | **$335,681,780.03** |

**Fill in this information to identify the case:**

Debtor name __Westmoreland Resource Partners, LP__

United States Bankruptcy Court for the: __Southern__ District of __Texas, Houston Division__

Case number (If known): __18-35702 (DRJ)__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name
KOMATSU FINANCIAL LIMITED PARTNERSHIP

Describe debtor's property that is subject to a lien
See Schedule D Disclosures

$           Undetermined          $           Undetermined

Creditor's mailing address
1701 W GOLF RD
STE 1- 300
ROLLING MEADOWS, IL 60008

**Describe the lien**
Delaware financing statement number 20160930147 dated 02/16/2016.

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2** Creditor's name
KOMATSU FINANCIAL LIMITED PARTNERSHIP

Describe debtor's property that is subject to a lien
See Schedule D Disclosures

$           Undetermined          $           Undetermined

Creditor's mailing address
1701 W GOLF RD
STE 1- 300
ROLLING MEADOWS, IL 60008

**Describe the lien**
Delaware financing statement number 20160930253 dated 02/16/2016.

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Date debt was incurred   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$        326,878,887.87
+ undetermined amounts

Debtor __Westmoreland Resource Partners, LP__          Case number *(if known)* __18-35702 (DRJ)__
         Name

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
KOMATSU FINANCIAL LIMITED PARTNERSHIP

**Creditor's mailing address**
1701 W GOLF RD
STE 1- 300
ROLLING MEADOWS, IL 60008

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the same property?**

- [X] No
- [ ] Yes. Have you already specified the
  relative priority?

  - [X] No. Specify each creditor, including
    this creditor, and its relative priority.

  - [ ] Yes. The relative priority of  creditors is
    specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Delaware financing statement number 20162761862 dated 05/09/2016.

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Underdetermined          $ Underdetermined

---

**2.4** **Creditor's name**
KOMATSU FINANCIAL LIMITED PARTNERSHIP

**Creditor's mailing address**
1701 W GOLF RD
STE 1- 300
ROLLING MEADOWS, IL 60008

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the same property?**

- [X] No
- [ ] Yes. Have you already specified the
  relative priority?

  - [X] No. Specify each creditor, including
    this creditor, and its relative priority.

  - [ ] Yes. The relative priority of  creditors is
    specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Delaware financing statement number 20162761870 dated 05/09/2016.

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [X] Disputed

$ Underdetermined          $ Underdetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 2 of 4

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5**

**Creditor's name**
US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT

**Creditor's mailing address**
LOAN AGENCY/PRITAL K PATEL
214 NORTH TYRON STREET
27TH FLOOR
CHARLOTTE, NC 28202-1078

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Guarantor to WMLP Term Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $326,878,887.87

Column B: $ Undetermined

Debtor      Westmoreland Resource Partners, LP
_____
            Name

                                                    Case number (if known)   18-35702 (DRJ)
                                                                            _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US BANK GLOBAL CORPORATE TRUST SERVICES<br>C/O SCHULTE ROTH & ZABEL LLP<br>DAVID M. HILLMAN;LUCY F KWESKIN;KELLY V KNIGHT<br>919 THIRD AVE<br>NEW YORK, NY 10022 | Line 5 | |
| US BANK GLOBAL CORPORATE TRUST SERVICES<br>C/O SCHULTE ROTH & ZABEL LLP<br>MARC B. FRIESS;KRISTINE G MANOUKIAN<br>919 THIRD AVE<br>NEW YORK, NY 10022 | Line 5 | |
| US BANK GLOBAL CORPORATE TRUST SERVICES<br>C/O SEWARD & KISSEL LLP<br>GREGG S. BATEMAN;JOHN R ASHMEAD;CATHERINE V LOTEMPIO<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | Line 5 | |

**Fill in this information to identify the case:**

Debtor     Westmoreland Resource Partners, LP

United States Bankruptcy Court for the:   Southern     District of Texas, Houston Division

Case number   18-35702 (DRJ)
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC.
ATTN: GENERAL COUNSEL'S OFFICE
200 VESEY STREET
NEW YORK, NY 10285

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guaranty Claim

$_____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2**

**Nonpriority creditor's name and mailing address**
CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guaranty Claim

$_____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3**

**Nonpriority creditor's name and mailing address**
CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING
EMPLOYERS
C/O BOARD OF TRUSTEES OF THE CPF OF THE IUOE AND
PARTICIPATING EMPLOYERS
4115 CHESAPEAKE STREET NW
WASHINGTON, DC 20016-4665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Multi-Employer Pension Claim

$_____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4**

**Nonpriority creditor's name and mailing address**
CONTINENTAL HERITAGE INSURANCE COMPANY
6140 PARKLAND BLVD
SUITE 321
MAYFIELD HIEGHTS, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

$_____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5**

**Nonpriority creditor's name and mailing address**
CORNERSTONE ENERGY CORPORATION
4 W. PEARL ST. STE. 200
BATESVILLE, IN 47006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guaranty Claim

$_____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6**

**Nonpriority creditor's name and mailing address**
FLOYD COZORT
C/O ADAMS & LIMING, LLC
ATTN: SHARON CASON-ADAMS
RIVERS EDGE CORPORATE CENTER
1335 DUBLIN ROAD
SUITE 104D
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Claim

$_____ Undetermined

**Date or dates debt was incurred** Undetermined
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

MICHELIN NORTH AMERICA, INC.
ONE PARKWAY SOUTH
GREENVILLE, SC 29615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Guaranty Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

OHIO INDEMNITY COMPANY
C/O EVERGREEN NATIONAL INDEMNITY COMPANY
6140 PARKLAND BOULEVARD, SUITE 321
MAYFIELD HEIGHTS, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

OHIO INDEMNITY COMPANY
6140 PARKLAND BOULEVARD, SUITE 321
MAYFIELD HEIGHTS, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

PENSION BENEFIT GUARANTY CORPORATION
1200 K STREET, NW
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Pension Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

RLI INSURANCE COMPANY
6140 PARKLAND BOULEVARD, SUITE 321
MAYFIELD HEIGHTS, OH 44124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** | Nonpriority creditor's name and mailing address | $ Underdetermined

RLI INSURANCE COMPANY
6140 PARKLAND BOULEVARD, SUITE 321
MAYFIELD HEIGHTS, OH 44124

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | $ Underdetermined

ST. PAUL FIRE AND MARINE INSURANCE COMPANY
ONE TOWER SQUARE
BOND/5PB
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnity Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | $59.96

TEXAS WESTMORELAND COAL COMPANY
9540 SOUTH MAROON CIRCLE
SUITE 300
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | $ Underdetermined

UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN
2121 K ST., NW
SUITE 350
WASHINGTON, DC 20037

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Retiree Benefit Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | $ Underdetermined

UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND
2121 K ST., NW
SUITE 350
WASHINGTON, DC 20037

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Retiree Benefit Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | | $1,847.06 |
|---|---|---|---|

WESTERN ENERGY COMPANY
9540 SOUTH MAROON CIRCLE
SUITE 300
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | | $6,078,796.65 |
|---|---|---|---|

WESTMORELAND COAL COMPANY
9540 SOUTH MAROON CIRCLE
SUITE 300
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | | $109,169,795.00 |
|---|---|---|---|

WESTMORELAND KEMMERER, LLC
9540 SOUTH MAROON CIRCLE
SUITE 300
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Westmoreland Resource Partners, LP
          _____
          Name                                          Case number (if known)   18-35702 (DRJ)
                                                                                 _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1 PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: NATHANIEL RAYLE<br>1200 K ST., NW, SUITE 340<br>WASHINGTON, DC 20005 | Line 10<br><br>☐ Not listed. Explain _____ | |
| 2 UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN<br>C/O MOONEY, GREEN, SAINDON, MURPHY & WELCH, PC<br>ATTN: PAUL A. GREEN, JOHN R. MOONEY, & DIANA BARDES<br>WASHINGTON, DC 20036 | Line 15<br><br>☐ Not listed. Explain _____ | |
| 3 UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JOHN C. GOODCHILD, III & RACHEL JAFFE MAUCERI<br>PHILADELPHA, PA 19103 | Line 15<br><br>☐ Not listed. Explain _____ | |
| 4 UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN<br>UMWA HEALTH AND RETIREMENT FUNDS<br>ATTN: BARBARA E. LOCKLIN & GLENDA FINCH<br>2121 K STREET, N.W., SUITE 350<br>WASHINGTON, DC 20037 | Line 15<br><br>☐ Not listed. Explain _____ | |
| 5 UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: CRYSTAL R. AXELROD<br>1000 LOUISIANA STREET, SUITE 4000<br>HOUSTON, TX 77002-5005 | Line 15<br><br>☐ Not listed. Explain _____ | |
| 6 UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND<br>C/O MOONEY, GREEN, SAINDON, MURPHY & WELCH, PC<br>ATTN: PAUL A. GREEN, JOHN R. MOONEY, & DIANA BARDES<br>WASHINGTON, DC 20036 | Line 16<br><br>☐ Not listed. Explain _____ | |
| 7 UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: JOHN C. GOODCHILD, III & RACHEL JAFFE MAUCERI<br>PHILADELPHA, PA 19103 | Line 16<br><br>☐ Not listed. Explain _____ | |

| Debtor | Westmoreland Resource Partners, LP | Case number _(if known)_ | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 8  UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND<br>UMWA HEALTH AND RETIREMENT FUNDS<br>ATTN: BARBARA E. LOCKLIN & GLENDA FINCH<br>2121 K STREET, N.W., SUITE 350<br>WASHINGTON, DC 20037 | Line 16<br><br>☐ Not listed. Explain _____ | |
| 9  UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND<br>C/O MORGAN, LEWIS & BOCKIUS LLP<br>ATTN: CRYSTAL R. AXELROD<br>1000 LOUISIANA STREET, SUITE 4000<br>HOUSTON, TX 77002-5005 | Line 16<br><br>☐ Not listed. Explain _____ | |

Debtor    Westmoreland Resource Partners, LP _____    Case number *(if known)* 18-35702 (DRJ) _____
          Name

---

**Part 4:      Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ 115,250,498.67 <br> + undetermined amounts |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $_____ 115,250,498.67 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Westmoreland Resource Partners, LP

United States Bankruptcy Court for the: Southern          District of  Texas, Houston Division

Case number (If known):   18-35702 (DRJ)          Chapter   11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers - $10M Limit - Policy Number: 01-592-30-35 Dated 07/01/2018 | AIG (NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA) EXECUTIVE LIABILITY 175 WATER STREET NEW YORK, NY 10038 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Professional Services Dated 03/01/2018 | CAPITOL NETWORK LLC PO BOX 648 DELAWARE, OH 43015 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Dated 12/28/2016 | CATERPILLAR FINANCIAL SERVICES CORPORATION 2120 WEST END AVE NASHVILLE, TN 37203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Dated 05/16/2016 | CATERPILLAR FINANCIAL SERVICES CORPORATION 2120 WEST END AVE. NASHVILLE, TN 37203 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Blanket Indemnity Agreement Dated 03/26/2015 | CONTINENTAL HERITAGE INSURANCE COMPANY 6140 PARKLAND BLVD SUITE 321 MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___Westmoreland Resource Partners, LP___     Case number *(if known)* __18-35702 (DRJ)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Dated 02/27/2017 | CORNERSTONE ENERGY CORPORATION<br>4 W. PEARL ST. STE. 200<br>BATESVILLE, IN 47006 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Amended Coal Mining Lease Indian Lands Dated 06/14/1972 | CROW TRIBE OF INDIANS OF THE CROW RESERVATION<br>CROW AGENCY, MT 59022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Open-End (Equity) Lease Rate Quote Dated 07/19/2017 | ENTERPRISE FM TRUST<br>ATTN: ENTERPRISE FM CUSTOMER BILLING<br>PO BOX 800089<br>KANSAS CITY, MO 64180 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Open-End (Equity) Lease Quote Dated 02/02/2018 | ENTERPRISE FM TRUST<br>ATTN: ENTERPRISE FM CUSTOMER BILLING<br>PO BOX 800089<br>KANSAS CITY, MO 64180 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Open - End (Equity) Lease Schedule Dated 02/15/2018 | ENTERPRISE FM TRUST<br>ATTN: ENTERPRISE FM CUSTOMER BILLING<br>PO BOX 800089<br>KANSAS CITY, MO 64180 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | N/A Dated 08/09/2017 | ERNST & YOUNG LLP<br>370 17TH STREET, SUITE 3300<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 06/15/2018 | ERNST & YOUNG LLP<br>SUITE 3300<br>370 17TH STREET<br>DENVER, CO 80202 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Westmoreland Resource Partners, LP
          Name

Case number (if known)  18-35702 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Blanket Indemnity Agreement Dated 03/26/2015 | EVERGREEN NATIONAL INDEMNITY COMPANY 6140 PARKLAND BOULEVARD SUITE 321 MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | BLANKET INDEMNITY AGREEMENT Dated 03/26/2015 | EVERGREEN NATIONAL INDEMNITY COMPANY ATTN: COLLATERAL UNIT 4800 OLD KINGSTON PIKE, SUITE 120 KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Morgan Stanley Control Agreement Dated 03/10/2016 | EVERGREEN NATIONAL INDEMNITY COMPANY 4800 OLD KINGSTON PIKE SUITE 120 KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Collateralized Bond Surety Program Registered Pledge and Master Security Agreement Dated 03/04/2016 | EVERGREEN NATIONAL INDEMNITY COMPANY ATTN COLLATERAL UNIT 4800 OLD KINGSTON PIKE, SUITE 120 KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Coal Reclamation Bond Agreement Dated 12/07/2016 | FIRST SURETY CORPORATION 179 SUMMERS STREET SUITE 307 CHARLESTON, WV 25301 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 05/17/2017 | GERALD A. TYWONIUK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 03/01/2018 | GERALD A. TYWONIUK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Westmoreland Resource Partners, LP          Case number *(if known)*   18-35702 (DRJ)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 12/31/2014 | HOULIHAN LOKEY CAPITAL INC<br>10250 CONSTELLATION BLVD<br>5TH FLOOR<br>LOS ANGELES, CA 90067 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Blanket Indemnity Agreement Dated 03/26/2015 | INDEMNITY NATIONAL INSURANCE COMPANY<br>4800 OLD KINGSTON PIKE<br>KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | BLANKET INDEMNITY AGREEMENT Dated 03/26/2015 | INDEMNITY NATIONAL INSURANCE COMPANY<br>4800 OLD KINGSTON PIKE<br>SUITE 200<br>KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 05/17/2017 | KEITH D. HORTON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 03/01/2018 | KEITH D. HORTON |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Advantage Lease! Master Equipment Lease Dated 02/01/2016 | KOMATSU FINANCIAL LIMITED PARNERSHIP<br>1701 W. GOLF ROAD<br>ROLLING MEADOWS, IL 60008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Advantage Lease! Schedule No. 002 Dated 05/05/2016 | KOMATSU FINANCIAL LIMITED PARNERSHIP<br>1701 W. GOLF ROAD<br>ROLLING MEADOWS, IL 60008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Westmoreland Resource Partners, LP_____     Case number *(if known)* __18-35702 (DRJ)__
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Advantage Lease! Schedule No. 003 Dated 05/05/2016 | KOMATSU FINANCIAL LIMITED PARNERSHIP 1701 W. GOLF ROAD ROLLING MEADOWS, IL 60008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 05/17/2017 | KURT D. KOST |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 03/01/2018 | KURT D. KOST |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 03/10/2015 | LEAF 1720 CRETE STREET MOBERLY, MO 65270 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Dated 01/26/2016 | MICHELIN NORTH AMERICA INC ONE PARKWAY SOUTH GREENVILLE, SC 29615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Guaranty Dated 01/27/2016 | MICHELIN NORTH AMERICA, INC. ONE PARKWAY SOUTH GREENVILLE, SC 29615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Affirmation of Guaranty Dated 09/19/2018 | MICHELIN NORTH AMERICA, INC. ONE PARKWAY SOUTH GREENVILLE, SC 29615 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor   Westmoreland Resource Partners, LP
Name

Case number (if known)   18-35702 (DRJ)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Account Application and Client Agreement Dated 03/04/2016 | MORGAN STANLEY SMITH BARNEY LLC<br>C/O EVERGREEN NATIONAL INDEMNITY COMPANY<br>ATTN: COLLATERAL UNIT<br>4800 OLD KINGSTON PIKE, SUITE 120<br>KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | General Partnership or Limited Partnership ("LP") Certification Dated 12/21/2017 | MORGAN STANLEY SMITH BARNEY LLC<br>C/O EVERGREEN NATIONAL INDEMNITY COMPANY<br>ATTN: COLLATERAL UNIT<br>4800 OLD KINGSTON PIKE, SUITE 120<br>KNOXVILLE, TN 37919 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Morgan Stanley Control Agreement Dated 03/10/2016 | MORGAN STANLEY SMITH BARNEY LLC<br>185 ASYLUM STREET<br>21ST FLOOR<br>HARTFORD, CT 06103 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | BLANKET INDEMNITY AGREEMENT Dated 03/26/2015 | OHIO INDEMNITY COMPANY<br>C/O EVERGREEN NATIONAL INDEMNITY COMPANY<br>6140 PARKLAND BOULEVARD, SUITE 321<br>MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Blanket Indemnity Agreement Dated 03/26/2015 | OHIO INDEMNITY COMPANY<br>C/O EVERGREEN NATIONAL INDEMNITY COMPANY<br>6140 PARKLAND BOULEVARD, SUITE 321<br>MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Directors & Officers - $10M Limit - Policy Number: ORPRO 39686 Dated 07/01/2018 | OLD REPUBLIC (OLD REPUBLIC INSURANCE COMPANY)<br>8101 EAST PRENTICE AVENUE, SUITE 825<br>GREENWOOD VILLAGE, CO 80111 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Letter of Understanding to Provide Partnership Tax Accounting and Reporting Services Dated 04/06/2017 | PRICEWATERHOUSECOOPERS LLP<br>2001 ROSS AVE SUITE 1800<br>DALLAS, TX 75201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor        __Westmoreland Resource Partners, LP__        Case number *(if known)* __18-35702 (DRJ)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 10/21/2016 | PRICEWATERHOUSECOOPERS LLP<br>2001 ROSS AVE SUITE 1800<br>DALLAS, TX 75201 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Statement Of Work | PRICEWATERHOUSECOOPERS LLP<br>PRICEWATERHOUSECOOPERS PLACE<br>250 HOWE STREET<br>SUITE 1400<br>VANCOUVER, BC V6C 3S7<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Form Of Statement Of Work #1 Dated 06/06/2018 | PRICEWATERHOUSECOOPERS LLP<br>PRICEWATERHOUSECOOPERS PLACE<br>250 HOWE STREET<br>SUITE 1400<br>VANCOUVER, BC V6C 3S7<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | Statement Of Work Dated 07/09/2018 | PRICEWATERHOUSECOOPERS LLP<br>PRICEWATERHOUSECOOPERS PLACE<br>250 HOWE STREET<br>SUITE 1400<br>VANCOUVER, BC V6C 3S7<br>CANADA |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 06/06/2018 | PRICEWATERHOUSECOOPERS LLP<br>300 MADISON AVENUE<br>NEW YORK, NY 10017 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | Blanket Indemnity Agreement Dated 03/26/2015 | RLI INSURANCE COMPANY<br>6140 PARKLAND BOULEVARD, SUITE 321<br>MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | BLANKET INDEMNITY AGREEMENT Dated 03/26/2015 | RLI INSURANCE COMPANY<br>6140 PARKLAND BOULEVARD, SUITE 321<br>MAYFIELD HEIGHTS, OH 44124 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ____Westmoreland Resource Partners, LP____          Case number (if known) __18-35702 (DRJ)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 05/17/2017 | ROBERT T. CLUTTERBUCK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Long Term Incentive Plan - Award Agreement for Grant of Phantom Units to Non-Employee Director Dated 03/01/2018 | ROBERT T. CLUTTERBUCK |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to pay Fees and Retainer Dated 10/16/2017 | SCHULTE & ZABEL LLP 919 THIRD AVE NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to pay Fees and Retainer Dated 10/16/2017 | SCHULTE ROTH & ZABEL LLP 919 THIRD AVE NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 12/31/2014 | SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 12/31/2014 | SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK, NY 10022 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | General Contract of Indemnity Dated 07/07/2016 | ST. PAUL FIRE AND MARINE INSURANCE COMPANY ONE TOWER SQUARE BOND/5PB HARTFORD, CT 06183 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ____Westmoreland Resource Partners, LP_____    Case number *(if known)* __18-35702 (DRJ)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | General Contract of Indemnity Dated 07/07/2016 | TRAVELERS BOND & SPECIAL INSURANCE ATTENTION: SENIOR VICE PRESIDENT COMMERCIAL SURETY ONE TOWER SQUARE HARDFORD, CT 06183 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 12/31/2014 | U.S. BANK NATIONAL ASSOCIATION 5555 SAN FELIPE STREET, SUITE 1150 HOUSTON, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Letter Dated 12/31/2014 | U.S. BANK NATIONAL ASSOCIATION 5555 SAN FELIPE STREET, SUITE 1150 HOUSTON, TX 77056 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Pension Plan Dated 01/01/2017 | UNITED MINE WORKERS OF AMERICA C/O UMWA HEALTH AND RETIREMENT FUNDS 4455 CONNECTICUT AVENUE, N.W. WASHINGTON, DC 20008 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to service agreement Dated 09/01/2017 | WESTMORELAND RESOURCES GP, LLC 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Service Agreement Dated 11/30/2017 | WESTMORELAND RESOURCES GP, LLC 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Service Contract Dated 12/22/2017 | WESTMORELAND RESOURCES GP, LLC 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor ___Westmoreland Resource Partners, LP_____
Name

Case number (if known) __18-35702 (DRJ)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 to Services Agreement Dated 01/01/2015 | WESTMORELAND RESOURCES GP, LLC 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/01/2015 | WESTMORELAND RESOURCES GP, LLC 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No.1 to the Services Agreement Dated 10/23/2015 | WESTMORELAND RESOURCES GP, LLC 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Consigned Stock Agreement Dated 08/18/2017 | WIREROPE WORKS, INC. 100 MAYNARD ST WILLIAMSPORT, PA 17701 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Service Order Dated 10/11/2017 | WORKIVA INC. 2900 UNIVERSITY BLVD. AMES, IA 50010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Order Dated 10/11/2017 | WORKIVA ATTN: WORKIVA LEGAL TEAM 2900 UNIVERSITY BLVD AMES, IA 50010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Services Order Dated 05/16/2017 | WORKIVA ATTN: WORKIVA LEGAL TEAM 2900 UNIVERSITY BLVD AMES, IA 50010 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor _____Westmoreland Resource Partners, LP_____   Case number *(if known)* __18-35702 (DRJ)_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Directors & Officers - $5M Limit - Policy Number: ELU151510-17 Dated 07/01/2018 | XL (XL SPECIALITY INSURANCE COMPANY) 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name _Westmoreland Resource Partners, LP_

United States Bankruptcy Court for the: _Southern_    District of _Texas, Houston Division_

Case number (If known): _18-35702 (DRJ)_

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Absaloka Coal, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.2 Basin Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.3 Buckingham Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.4 Dakota Westmoreland Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.5 Daron Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.6 Harrison Resources, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |

Debtor  Westmoreland Resource Partners, LP
       Name

Case number (if known)  18-35702 (DRJ)

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Westmoreland Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.8 | Westmoreland San Juan Holdings, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.9 | Westmoreland San Juan, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.10 | Westmoreland Savage Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.11 | Westmoreland Texas Jewett Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.12 | WRI Partners, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.13 | Westmoreland Kemmerer, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.14 | Westmoreland Mining LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.15 | Westmoreland North Carolina Power, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.16 | Westmoreland Partners | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |
| 2.17 | Westmoreland Power, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❏ D<br>☒ E/F<br>❏ G |

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Westmoreland Resources GP, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.19 | Westmoreland Coal Company Asset Corp. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.20 | Westmoreland Coal Sales Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.21 | Westmoreland Energy Services New York, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.22 | Westmoreland Energy Services, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.23 | Westmoreland Energy, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.24 | Westmoreland Kemmerer Fee Coal Holdings, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.25 | Texas Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.26 | WCC Land Holding Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.27 | WEI - Roanoke Valley, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |
| 2.28 | Western Energy Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ❑ D  ☒ E/F  ❑ G |

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | Westmoreland - Roanoke Valley, LP | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.30 | Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.31 | Haystack Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.32 | Oxford Conesville, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.33 | Oxford Mining Company - Kentucky, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.34 | Oxford Mining Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.35 | San Juan Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.36 | San Juan Transportation Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | CENTRAL PENSION FUND OF THE IUOE & PARTICIPATING EMPLOYERS | ☐ D  ☒ E/F  ☐ G |
| 2.37 | Westmoreland Resources GP, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | KOMATSU FINANCIAL LIMITED PARTNERSHIP | ☒ D  ☐ E/F  ☐ G |
| 2.38 | Westmoreland Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | KOMATSU FINANCIAL LIMITED PARTNERSHIP | ☒ D  ☐ E/F  ☐ G |
| 2.39 | Absaloka Coal, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Basin Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.41 | Buckingham Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.42 | Dakota Westmoreland Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.43 | Daron Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.44 | Harrison Resources, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.45 | Westmoreland Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.46 | Westmoreland San Juan Holdings, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.47 | Westmoreland San Juan, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.48 | Westmoreland Savage Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.49 | Westmoreland Texas Jewett Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.50 | WRI Partners, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|--------|-------------------------------------|------------------------|----------------|
|        | Name |  |  |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.51 | Westmoreland Kemmerer, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.52 | Westmoreland Mining LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.53 | Westmoreland North Carolina Power, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.54 | Westmoreland Partners | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.55 | Westmoreland Power, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.56 | Westmoreland Resources GP, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.57 | Westmoreland Coal Company Asset Corp. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.58 | Westmoreland Coal Sales Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.59 | Westmoreland Energy Services New York, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.60 | Westmoreland Energy Services, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |
| 2.61 | Westmoreland Energy, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ❏ D  ☒ E/F  ❏ G |

Debtor ___Westmoreland Resource Partners, LP___  Case number (if known) ___18-35702 (DRJ)___
     Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.62 | Westmoreland Kemmerer Fee Coal Holdings, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.63 | Texas Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.64 | WCC Land Holding Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.65 | WEI - Roanoke Valley, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.66 | Western Energy Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.67 | Westmoreland - Roanoke Valley, LP | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.68 | Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.69 | Haystack Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.70 | Oxford Conesville, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.71 | Oxford Mining Company - Kentucky, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |
| 2.72 | Oxford Mining Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D  ☒ E/F  ☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
| --- | --- | --- | --- |
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.73 | San Juan Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| 2.74 | San Juan Transportation Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | PENSION BENEFIT GUARANTY CORPORATION | ☐ D ☒ E/F ☐ G |
| 2.75 | Absaloka Coal, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.76 | Basin Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.77 | Buckingham Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.78 | Dakota Westmoreland Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.79 | Daron Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.80 | Harrison Resources, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.81 | Westmoreland Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.82 | Westmoreland San Juan Holdings, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.83 | Westmoreland San Juan, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.84 | Westmoreland Savage Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.85 | Westmoreland Texas Jewett Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.86 | WRI Partners, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.87 | Westmoreland Kemmerer, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.88 | Westmoreland Mining LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.89 | Westmoreland North Carolina Power, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.90 | Westmoreland Partners | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.91 | Westmoreland Power, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.92 | Westmoreland Resources GP, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.93 | Westmoreland Coal Company Asset Corp. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.94 | Westmoreland Coal Sales Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.95 | Westmoreland Energy Services New York, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.96 | Westmoreland Energy Services, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.97 | Westmoreland Energy, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.98 | Westmoreland Kemmerer Fee Coal Holdings, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.99 | Texas Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.100 | WCC Land Holding Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.101 | WEI - Roanoke Valley, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.102 | Western Energy Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.103 | Westmoreland - Roanoke Valley, LP | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.104 | Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |
| 2.105 | Haystack Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D ☒ E/F ☐ G |

Debtor    Westmoreland Resource Partners, LP
          _____
          Name

Case number *(if known)*   18-35702 (DRJ)
                           _____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** |
|---|

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.106  Oxford Conesville, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.107  Oxford Mining Company - Kentucky, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.108  Oxford Mining Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.109  San Juan Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.110  San Juan Transportation Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.111  Absaloka Coal, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.112  Basin Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.113  Buckingham Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.114  Dakota Westmoreland Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.115  Daron Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.116  Harrison Resources, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number *(if known)* | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.117 | Westmoreland Resources, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.118 | Westmoreland San Juan Holdings, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.119 | Westmoreland San Juan, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.120 | Westmoreland Savage Corporation | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.121 | Westmoreland Texas Jewett Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.122 | WRI Partners, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.123 | Westmoreland Kemmerer, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.124 | Westmoreland Mining LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.125 | Westmoreland North Carolina Power, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.126 | Westmoreland Partners | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |
| 2.127 | Westmoreland Power, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D<br>☒ E/F<br>☐ G |

Debtor __Westmoreland Resource Partners, LP__     Case number (if known) __18-35702 (DRJ)__
Name

| **Additional Page if Debtor Has More Codebtors** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.128 Westmoreland Resources GP, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.129 Westmoreland Coal Company Asset Corp. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.130 Westmoreland Coal Sales Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.131 Westmoreland Energy Services New York, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.132 Westmoreland Energy Services, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.133 Westmoreland Energy, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.134 Westmoreland Kemmerer Fee Coal Holdings, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.135 Texas Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.136 WCC Land Holding Company, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.137 WEI - Roanoke Valley, Inc. | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |
| 2.138 Western Energy Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D ☒ E/F ☐ G |

| Debtor | Westmoreland Resource Partners, LP | Case number (if known) | 18-35702 (DRJ) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.139 | Westmoreland - Roanoke Valley, LP | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.140 | Westmoreland Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.141 | Haystack Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.142 | Oxford Conesville, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.143 | Oxford Mining Company - Kentucky, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.144 | Oxford Mining Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.145 | San Juan Coal Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.146 | San Juan Transportation Company | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND | ☐ D  ☒ E/F  ☐ G |
| 2.147 | Daron Coal Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D  ☐ E/F  ☐ G |
| 2.148 | Harrison Resources, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D  ☐ E/F  ☐ G |
| 2.149 | Oxford Conesville, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112 UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D  ☐ E/F  ☐ G |

Debtor    Westmoreland Resource Partners, LP      Case number *(if known)*   18-35702 (DRJ)
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.150 | Oxford Mining Company - Kentucky, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.151 | Oxford Mining Company, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.152 | Westmoreland Kemmerer Fee Coal Holdings, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |
| 2.153 | Westmoreland Kemmerer, LLC | 9540 SOUTH MAROON CIRCLE SUITE 300 ENGLEWOOD, CO 80112UNITED STATES | US BANK NATIONAL ASSOCIATION, AS COLLATERAL AGENT | ☒ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Westmoreland Resource Partners, LP__

United States Bankruptcy Court for the: __Southern__ District of Texas, Houston Division

Case number (*If known*): __18-35702 (DRJ)__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule _____*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/8/2018__            ✖ __/s/ Gary A. Kohn__
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        __Gary A. Kohn__
                                        Printed name

                                        __Authorized Signatory__
                                        Position or relationship to debtor

---