

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/29/2018

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 18-35672 |
| WESTMORELAND COAL COMPANY, et al., | § § § § § § § § | Jointly Administered Order<br>CHAPTER 11 |
| Debtor(s). | § | DAVID R. JONES |

### ORDER VACATING ORDER
**(Docket No. 619)**

The Order entered on November 28, 2018 at Docket No. 619 was entered in error. Accordingly, it is

**ORDERED THAT**:

1. Docket No. 619 is vacated.

**SIGNED: November 29, 2018.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE