UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | § | Case No.: 18-35672 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**JOINT NOTICE OF FILING OF TRANSCRIPTS OF
DEPOSITIONS OF JAY ALIX AND MARK HOJNACKI**
[This Notice Relates to ECF No. 866]

**PLEASE TAKE NOTICE** that pursuant to the Court's Order dated December 20, 2018 [ECF No. 866], Jay Alix and Mark Hojnacki both sat for depositions on December 31, 2018. Mar-Bow Value Partners, LLC ("Mar-Bow") and McKinsey Recovery and Transformation Services U.S., LLC, hereby file the transcripts of the depositions as received from the transcription services without redactions or modifications. The transcript of Mr. Alix's deposition is attached at **Exhibit A**. The transcript of Mr. Hojnacki's deposition is attached at **Exhibit B**. Please note that both parties have identified transcription errors in these transcripts and reserve their rights to address them in due course.

**PLEASE TAKE FURTHER NOTICE** that we are advised by the transcription services that the exhibits used at the depositions are still being processed and will not be available until January 2. Given the time constraints in this matter, we submit the transcripts alone and intend to file the exhibits in a supplemental filing when they are available.

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

1

| | |
|---|---|
| Dated: January 1, 2019 | Respectfully submitted, |
| By: */s/ Christopher R. Murray* | By: */s/ Zack A. Clement* |
| DIAMOND McCARTHY LLP | ZACK A. CLEMENT PLLC |
| Allan B. Diamond (SDTX 12310) | Zack A. Clement |
| adiamond@diamondmccarthy.com | 3753 Drummond Street |
| Christopher R. Murray (SDTX 1305742) | Houston TX 77025 |
| cmurray@diamondmccarthy.com | zack.clement@icloud.com |
| Michael D. Fritz (SDTX 2440934) | |
| mfritz@diamondmccarthy.com | -and- |
| 909 Fannin, Suite 3700 | |
| Houston, TX 77010 | SELENDY & GAY |
| Telephone:  713-333-5100 | Christine H. Chung |
| Facsimile:  713-333-5199 | Faith E. Gay |
| | 1290 Avenue of the Americas |
| -and- | New York, NY 10104 |
| | cchung@selendygay.com |
| BOIES SCHILLER FLEXNER LLP | fgay@selendygay.com |
| Michael E. Petrella (*pro hac vice* pending) | |
| Sean O'Shea (*pro hac vice* pending) | *Attorneys for McKinsey Recovery and Transformation Services U.S., LLC* |
| 575 Lexington Ave., 7th Floor | |
| New York, NY 10022 | |
| Tel: 212-446-2362 | |
| mpetrella@bsfllp.com | |
| soshea@bsfllp.com | |
| | |
| -and- | |
| | |
| STEVEN RHODES CONSULTING, LLC | |
| Steven Rhodes (*pro hac vice*) | |
| rhodessw@comcast.net | |
| 1610 Arborview Blvd. | |
| Ann Arbor, MI 48103 | |
| Telephone:  734-646-5406 | |
| | |
| -and- | |
| | |
| Daniel L. Lemisch (*pro hac vice*) | |
| dlemisch@lakeviewcapitalinc.com | |
| Lakeview Capital, Inc. | |
| 151 S. Old Woodward Ave., Suite 400 | |
| Birmingham, MI 48009 | |
| Telephone:  248-554-4900 | |
| | |
| *Attorneys for Mar-Bow Value Partners, LLC* | |

2