UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | § | Case No.: 18-35672 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**JOINT NOTICE OF FILING OF EXHIBITS FROM THE
DEPOSITIONS OF JAY ALIX AND MARK HOJNACKI**
[This Notice Relates to ECF No. 866]

**PLEASE TAKE NOTICE** that pursuant to the Court's Order dated December 20, 2018 [ECF No. 866], Jay Alix and Mark Hojnacki both sat for depositions on December 31, 2018. Mar-Bow Value Partners, LLC ("Mar-Bow") and McKinsey Recovery and Transformation Services U.S., LLC, filed the transcripts of the depositions at ECF No. 905.

**PLEASE TAKE FURTHER NOTICE** that the exhibits used in those depositions are attached here. Exhibits from Mr. Alix's deposition are attached as **Exhibits A-1 through A-11**. An index of those exhibits appears at page 480 of the Alix transcript. Exhibits from Mr. Hojnacki's deposition are attached as **Exhibits B-1 through B-6**. An index of those exhibits appears at page 308 of the Hojnacki transcript.

*[Signature blocks on following page.]*

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland.  Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

1

Dated: January 2, 2019

By: /s/ Christopher R. Murray
DIAMOND McCARTHY LLP
Allan B. Diamond (SDTX 12310)
adiamond@diamondmccarthy.com
Christopher R. Murray (SDTX 1305742)
cmurray@diamondmccarthy.com
Michael D. Fritz (SDTX 2440934)
mfritz@diamondmccarthy.com
909 Fannin, Suite 3700
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199

-and-

BOIES SCHILLER FLEXNER LLP
Michael E. Petrella (*pro hac vice* pending)
Sean O'Shea (*pro hac vice* pending)
575 Lexington Ave., 7th Floor
New York, NY 10022
Tel: 212-446-2362
mpetrella@bsfllp.com
soshea@bsfllp.com

-and-

STEVEN RHODES CONSULTING, LLC
Steven Rhodes (*pro hac vice*)
rhodessw@comcast.net
1610 Arborview Blvd.
Ann Arbor, MI 48103
Telephone: 734-646-5406

-and-

Daniel L. Lemisch (*pro hac vice*)
dlemisch@lakeviewcapitalinc.com
Lakeview Capital, Inc.
151 S. Old Woodward Ave., Suite 400
Birmingham, MI 48009
Telephone: 248-554-4900

*Attorneys for Mar-Bow Value Partners, LLC*

Respectfully submitted,

By: /s/ Zack A. Clement
ZACK A. CLEMENT PLLC
Zack A. Clement
3753 Drummond Street
Houston TX 77025
zack.clement@icloud.com

-and-

SELENDY & GAY
Christine H. Chung
Faith E. Gay
1290 Avenue of the Americas
New York, NY 10104
cchung@selendygay.com
fgay@selendygay.com

*Attorneys for McKinsey Recovery and Transformation Services U.S., LLC*