UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WESTMORELAND COAL COMPANY, *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 18-35672 (DRJ)<br><br>(Jointly Administered) |
| Michael H. Holland, *et al.*,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>Westmoreland Coal Company, *et al.*,<br><br>                              Defendants. | Adv. No. 18-03300 |

**OMNIBUS NOTICE OF CANCELATION OF ADVERSARY
PROCEEDING STATUS CONFERENCE AND CONTINUATION OF HEARING**

**PLEASE TAKE NOTICE** that the status conference in the above-captioned adversary proceeding scheduled for 12:00 p.m. (Central Standard Time) on January 3, 2019, is hereby canceled with the permission of the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court conducted a hearing on the Debtors' *Emergency Motion to Appoint Allison D. Byman as the Authorized Representative of all Retirees, Spouses and their Eligible Dependents Receiving Coal Act Benefits* [Docket No. 886] and that hearing is scheduled to recommence at 12:00 p.m. (Central Time) on January 3, 2019.

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

Houston, Texas
January 2, 2018

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (Bar No. 24062656) | Michael B. Slade (Bar No. 24013521) |
| **JACKSON WALKER L.L.P.** | Gregory F. Pesce (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| Facsimile: (713) 752-4221 | Telephone: (312) 862-2000 |
| Email: ptomasco@jw.com | Facsimile: (312) 862-2200 |
| mcavenaugh@jw.com | Email: james.sprayregen@kirkland.com |
| | michael.slade@kirkland.com |
| | gregory.pesce@kirkland.com |

*Conflicts Counsel to the WLB Debtors and Local Counsel to the Debtors and Debtors in Possession*

-and-

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com

-and-

Anna G. Rotman, P.C. (Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:     (713) 836-3600
Email:            anna.rotman@kirkland.com

*Counsel to the Debtors and Debtors in Possession*