**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | ) Case No. 18-35672 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 875** |

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE BUCKINGHAM MOTION**

**PLEASE TAKE NOTICE** that on December 21, 2018, the *WLB Debtors' Motion for Entry of an Order Approving the Sale of the Buckingham Mine to CCU Coal and Construction, LLC Free and Clear of Liens, Claims, Encumbrances, and Interests* was filed [Docket No. 875] (the "Buckingham Motion"). The hearing on the Buckingham Motion (the "Hearing") was set for January 16, 2019, at 8:00 a.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that the previously scheduled Hearing has been adjourned from January 16, 2019 to January 28, 2019 at 1:00 p.m. (prevailing Central Time) (the "Rescheduled Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Rescheduled Hearing will be held before the Honorable David R. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents in these chapter 11 cases are available free of charge by (a) visiting the Debtors' restructuring website at http://www.donlinrecano.com/westmoreland, (b) writing to Donlin, Recano & Company, Inc., Re: Westmoreland Coal Company, *et al*., 6201 15th Avenue, Brooklyn, New York 11219, (c) calling the Debtors' claims and noticing agent at (800) 499-8519 (U.S. and Canada) or (212) 771-11289 (International), or (d) emailing westmorelandinfo@donlinrecano.com.

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

Houston, Texas
January 9, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (Bar No. 24062656) | Michael B. Slade (Bar No. 24013521) |
| **JACKSON WALKER LLP** | Gregory F. Pesce (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 300 North LaSalle |
| Facsimile: (713) 752-4221 | Chicago, Illinois 60654 |
| Email: ptomasco@jw.com | Telephone: (312) 862-2000 |
| mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | michael.slade@kirkland.com |
| | gregory.pesce@kirkland.com |

*Conflicts Counsel to the WLB Debtors and Local Counsel to the Debtors*

-and-

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com

-and-

Anna G. Rotman, P.C. (Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:    (713) 836-3600
Email:    anna.rotman@kirkland.com

*Counsel to the Debtors*

## Certificate of Service

I certify that on January 9, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Patricia B. Tomasco*
Patricia B. Tomasco