UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | ) Case No. 18-35672 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

NOTICE OF CANCELLATION OF AUCTION
AND DESIGNATION OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Authorizing Westmoreland Coal Company and Certain Debtor Affiliates to Perform Obligations Related to the Stalking Horse Bid, (II) Approving Bidding Procedures with Respect to Substantially All Assets, (III) Approving Contract Assumption and Assignment Procedures, (IV) Scheduling Bid Deadlines and an Auction, (V) Scheduling Hearings and Objection Deadlines with Respect to the Disclosure Statement and Plan Confirmation, and (VI) Approving the Form and Manner of Notice Thereof* [Docket No. 519] (the "Bidding Procedures Order"),[2] the deadline for submitting Qualified Bids for the assets of the WLB Debtors was January 15, 2019, at 4:00 p.m. (Central Time) (the "Bid Deadline").

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Auction for the WLB Debtors' assets was scheduled for January 22, 2019, at 10:00 a.m. (prevailing Eastern Time) if one or more Qualified Bids were received on or before the Bid Deadline (aside from the Stalking Horse Bid, which is deemed a Qualified Bid pursuant to the Bidding Procedures Order).

**PLEASE TAKE FURTHER NOTICE** that except for the Stalking Horse Bid, no Qualified Bids were received for the WLB Debtors' Core Assets assets before the Bid Deadline. Accordingly, the WLB Debtors hereby cancel the Auction with respect to the Core Assets pursuant to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the WLB Debtors received several bids for the Buckingham Mine, which is a Non-Core Asset. The WLB Debtors intend to seek approval of a sale of the Buckingham Mine pursuant to procedures separate from those set forth in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the WLB Debtors received bids for certain of the Non-Core Assets other than the Buckingham Mine.  While those bids were not Qualified Bids, the WLB Debtors intend to continue to evaluate such bids, in consultation with the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, because no other Qualified Bid was received, the WLB Debtors have selected the Stalking Horse Bid as the Successful Bid for the Core Assets and the Non-Core Assets except for the Buckingham Mine; <u>provided</u> that the WLB Debtors may decide to enter into a sale of the (non-Buckingham) Non-Core Assets to a bidder other than the Stalking Horse Bidder, which the WLB Debtors will announce by separate notice filed with the Court.

Houston, Texas
January 21, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (Bar No. 24062656) | Michael B. Slade (Bar No. 24013521) |
| **JACKSON WALKER L.L.P.** | Gregory F. Pesce (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

Patricia B. Tomasco (Bar No. 01797600)
Matthew D. Cavenaugh (Bar No. 24062656)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: ptomasco@jw.com
mcavenaugh@jw.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

James H.M. Sprayregen, P.C.
Michael B. Slade (Bar No. 24013521)
Gregory F. Pesce (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
michael.slade@kirkland.com
gregory.pesce@kirkland.com

-and-

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com

-and-

Anna G. Rotman, P.C. (Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Email: anna.rotman@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

   I certify that on January 21, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                     */s/ Patricia B. Tomasco*
                      Patricia B. Tomasco