UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | ) | Case No. 18-35672 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CANCELLATION OF HEARING SCHEDULED FOR
JANUARY 28, 2019, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that on December 21, 2018, the WLB Debtors filed the *WLB Debtors' Motion for Entry of an Order Approving the Sale of the Buckingham Mine to CCU Coal and Construction, LLC Free and Clear of Liens, Claims, Encumbrances, and Interests* [Docket No. 875] (the "Initial Buckingham Motion"), which was scheduled for a hearing on January 16, 2019.

**PLEASE TAKE FURTHER NOTICE** that on January 9, 2019, the WLB Debtors filed a notice adjourning the Initial Buckingham Motion to a hearing on January 28, 2019 [Docket No. 1010] (the "January Hearing").

**PLEASE TAKE FURTHER NOTICE** that on January 22, 2019, the WLB Debtors and WMLP Debtors filed the *Joint Expedited Motion of the WLB Debtors and the WMLP Debtors for Entry of an Order (I) Approving the Sale of (A) Substantially All of the Assets of Oxford Mining Company, LLC, and Certain of Its Subsidiaries and (B) the Buckingham Mine, (II) Authorizing the*

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland.  Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

*Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief, Including Approval of the Related Sale Process* [Docket No. 1116] (the "Joint Sale Motion"), which is scheduled for a hearing on February 4, 2019.

**PLEASE TAKE FURTHER NOTICE** that, in light of the filing of the Joint Sale Motion, the WLB Debtors hereby withdraw the Initial Buckingham Motion and cancel the January Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://www.donlinrecano.com/westmoreland or by calling (800) 499-8519 (toll-free in North America) or (212) 481-1411 (outside North America). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Houston, Texas
January 23, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (Bar No. 24062656) | Michael B. Slade (Bar No. 24013521) |
| **JACKSON WALKER L.L.P.** | Gregory F. Pesce (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 300 North LaSalle |
| Facsimile: (713) 752-4221 | Chicago, Illinois 60654 |
| Email: ptomasco@jw.com | Telephone: (312) 862-2000 |
| mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | michael.slade@kirkland.com |
| | gregory.pesce@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession*

-and-

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com

-and-

Anna G. Rotman, P.C. (Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:     (713) 836-3600
Email:             anna.rotman@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

  I certify that on January 23, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                   */s/ Patricia B. Tomasco*
                   Patricia B. Tomasco