

ENTERED
01/29/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: § CASE NO: 19-00302 (KRH)
§ MISCELLANEOUS PROCEEDING
OLD ANR, LLC, *et al.*, §
§
Debtors. §

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: § CASE NO: 18-35672
§ CHAPTER 11
WESTMORELAND COAL COMPANY, *et al.*, § (Jointly Administered)
§
Debtors. §

## ORDER DENYING MOTION TO MODIFY MEDIATION ORDER

After careful consideration and consultation between the Courts, it is

ORDERED THAT:

1. The Motion to Modify the Order Appointing United States Bankruptcy Judge as Mediator is denied.

Dated: January 29, 2019.

_____
Kevin R. Huennekens
United States Bankruptcy Judge
Eastern District of Virginia

_____
David R. Jones
United States Bankruptcy Judge
Southern District of Texas