UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: WESTMORELAND COAL COMPANY, et. al.

CASE NUMBER: 18-35672

Petition Date: 10/9/18

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH DECEMBER YEAR 2018

| MONTH | October | November | December | January | February | Petition to Date |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ 63,106,204 | $ 67,593,714 | $ 74,675,555 | $ - | $ - | $ 205,375,473 |
| INCOME (LOSS) BEFORE INT; DEPREC./TAX (MOR-6) | (5,985,527) | (2,853,648) | 1,550,239 | - | - | (7,288,936) |
| NET INCOME (LOSS) (MOR-6) | (36,899,702) | (11,113,593) | 10,700,504 | - | - | (37,312,791) |
| PAYMENTS TO INSIDERS (MOR-9) | 228,327 | 369,797 | 361,380 | - | - | 959,504 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | - | 1,354,946 | 2,660,525 | - | - | 4,015,471 |
| TOTAL DISBURSEMENTS (MOR-7) | 32,130,529 | 69,456,620 | 60,448,456 | - | - | 162,035,605 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | Various |
| LIABILITY | YES (X) NO ( ) | Various |
| VEHICLE | YES (X) NO ( ) | Various |
| WORKER'S | YES (X) NO ( ) | Various |
| PROPERTY | YES (X) NO ( ) | Various |
| D&O | YES (X) NO ( ) | Various |

CIRCLE ONE

Are all accounts receivable being collected within terms?[1]  Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms?  (Yes) No
Have any pre-petition liabilities been paid?  (Yes) No   If so, describe
See "GLOBAL NOTES TO MONTHLY OPERATING REPORT" note number 4
Are all funds received being deposited into DIP bank accounts?  Yes (No)
Were any assets disposed of outside the normal course of business?  Yes (No)   If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?  (Yes) No
What is the status of your Plan of Reorganization?
Filed on 10/25/18 (see E.C.F. no. 294)

*Co-Counsel to Debtors*
ATTORNEY NAME: Patricia B. Tomasco
FIRM NAME: JACKSON WALKER L.L.P.
ADDRESS: 1401 McKinney Street, Suite 1900
ADDRESS:
CITY, STATE, ZIP: Houston, Texas 77010
TELEPHONE: (713) 752-4200

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)
Scott Henry
(PRINT NAME OF SIGNATORY)

TITLE VP, Controller & Chief Accounting Officer WLB/WMLP

January 31, 2019
(DATE)

*Co-Counsel to Debtors*
ATTORNEY NAME: Stephen E. Hessler, P.C.
FIRM NAME: KIRKLAND & ELLIS LLP
ADDRESS: 300 North LaSalle
ADDRESS:
CITY, STATE, ZIP: Chicago, Illinois 60654
TELEPHONE: (312) 862-2000

*Notes*
[1] See MOR-5 for detail

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| **CASE NAME:** | WESTMORELAND COAL COMPANY, et. al. | **CASE NUMBER:** | 18-35672 |
| | | **Petition Date:** | 10/9/18 |

## GLOBAL NOTES TO MONTHLY OPERATING REPORT

On October 9, 2018 (the "Petition Date"), Westmoreland Coal Company and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 18, 2018, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Creditors' Committee").

The Debtors are filing their consolidated monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements applicable in the Debtors' chapter 11 cases. The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.

These following notes and statements and limitations should be referred to, and referenced in connection with, any review of the MOR:

1. **Basis of Presentation** – For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for Westmoreland Coal Company and its Debtor affiliates. The financial statements and information contained herein are unaudited and preliminary. The Debtors are maintaining their books and records in accordance with generally accepted accounting principles ("GAAP") and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR. In preparing the MOR, the Debtors presented their Investment in Non-Debtor entities within the Equity section of the Balance Sheet for practical expedient purposes.

    The Debtors have yet to finalize their year-end results, and the figures presented reflect preliminary unaudited year-end figures subject to significant revision. These revisions may result in material changes to the figures presented.

2. **Reporting Period** – Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

3. **Accuracy** – The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

4. **Payment of Prepetition Claims Pursuant to First Day Orders** – Within the first week of the commencement of the Debtors' chapter 11 cases, the Bankruptcy Court entered orders (the "First-Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) service fees and charges assessed by the Debtors' banks and debit and credit card companies; (b) obligations related to customer programs; (c) insurance obligations; (d) surety bond program obligations; (e) employee wages, salaries, and related items, including independent contractor obligations; (f) taxes and assessments; and (g) obligations related to vendors able to assert liens. Payments made on account of such claims following the commencement of these chapter 11 cases were paid pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders.

5. **Liabilities Subject to Compromise** – As of the date of this MOR, the bar date for the filing or assertion of claims against the Debtors has not yet passed. Accordingly, the amounts currently classified as liabilities subject to compromise (i.e., pre-petition liabilities) are estimates and are subject to future change and adjustment.

6. **Reservation of Rights** – Given the complexity of the Debtors' businesses, inadvertent errors, omissions, or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation, or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report if necessary, but shall be under no obligation to do so.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION**

CASE NAME:   WESTMORELAND COAL COMPANY, et. al.                    CASE NUMBER:   18-35672

## COMPARATIVE BALANCE SHEETS

| ASSETS<br>*for month ending* | MONTH<br>October | MONTH<br>November | MONTH<br>December | MONTH<br>January | MONTH<br>February | MONTH<br>March |
|---|---:|---:|---:|---:|---:|---:|
| **CURRENT ASSETS** | | | | | | |
| Cash | $ 68,966,364 | $ 60,778,275 | $ 73,576,341 | $ - | $ - | $ - |
| Accounts Receivable, Net | 67,924,813 | 69,665,698 | 73,179,486 | - | - | - |
| Inventory: Lower of Cost or Market | 47,153,116 | 50,363,812 | 49,896,278 | - | - | - |
| Prepaid Expenses | 24,227,571 | 22,288,105 | 17,351,994 | - | - | - |
| Other Current Assets [1] | 28,286,732 | 24,638,717 | 29,862,165 | - | - | - |
| **TOTAL CURRENT ASSETS** | $ 236,558,596 | $ 227,734,607 | $ 243,866,264 | $ - | $ - | $ - |
| **PROPERTY, PLANT & EQUIP. @ COST** | $ 895,729,508 | $ 896,290,353 | $ 892,231,629 | $ - | $ - | $ - |
| Less Accumulated Depreciation | (553,280,407) | (561,875,671) | (567,230,764) | - | - | - |
| NET BOOK VALUE OF PP&E | $ 342,449,101 | $ 334,414,682 | $ 325,000,865 | $ - | $ - | $ - |
| **OTHER ASSETS:** | | | | | | |
| 1. Advanced Coal Royalties | $ 12,584,539 | $ 12,395,916 | $ 13,588,089 | $ - | $ - | $ - |
| 2. Restricted Investments | 156,369,033 | 157,721,973 | 158,706,423 | - | - | - |
| 3. Unbilled Revenue, Less Current Portion | 218,095,324 | 219,021,765 | 217,224,816 | - | - | - |
| 4. Other Assets [2] | 33,195,699 | 32,523,507 | 32,418,481 | - | - | - |
| **TOTAL ASSETS** | $ 999,252,292 | $ 983,812,450 | $ 990,804,938 | $ - | $ - | $ - |

*Notes*

[1] Other Current Assets include deferred income

[2] Other Assets includes capitalized expenses, pension assets, prepaid retainers, and other non-current assets

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.  CASE NUMBER: 18-35672

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY<br>*for month ending* | MONTH<br>October | MONTH<br>November | MONTH<br>December | MONTH<br>January | MONTH<br>February | MONTH<br>March |
|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | |
| LIABILITIES NOT SUBJECT TO COMPROMISE (MOR-4) | $ 495,657,429 | $ 504,208,762 | $ 510,139,882 | $ - | $ - | $ - |
| LIABILITIES SUBJECT TO COMPROMISE | | | | | | |
| Secured Debt [1] | $ 1,060,220,643 | $ 1,056,802,021 | $ 1,055,633,647 | $ - | $ - | $ - |
| Federal Income Tax | 259,012 | - | - | - | - | - |
| FICA/Withholding | - | - | - | - | - | - |
| Production Taxes | 29,769,175 | 24,922,360 | 25,751,104 | | | |
| Postretirement Medical Benefits | 399,440,927 | 400,209,986 | 400,270,846 | - | - | - |
| Asset Retirement Obligations | - | - | - | - | - | - |
| Trade and other accrued liabilities | 51,762,163 | 46,559,238 | 39,155,976 | | | |
| Other [2] | 5,003,004 | 4,969,989 | 4,932,245 | - | - | - |
| TOTAL LIABILITIES SUBJECT TO COMPROMISE | $ 1,546,454,924 | $ 1,533,463,594 | $ 1,525,743,818 | $ - | $ - | $ - |
| **TOTAL LIABILITIES** | **$ 2,042,112,353** | **$ 2,037,672,356** | **$ 2,035,883,700** | **$ -** | **$ -** | **$ -** |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | |
| **TOTAL OWNER'S EQUITY (DEFICIT)** | $ (1,042,860,061) | $ (1,053,859,906) | $ (1,045,078,762) | $ - | $ - | $ - |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $ 999,252,292 | $ 983,812,450 | $ 990,804,938 | $ - | $ - | $ - |

*Notes*

[1] Includes pre-petition unpaid principal and interest, capitalized leases, and other secured financing

[2] Includes current liabilities, non-current liabilities, and deferred revenue

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.   CASE NUMBER: 18-35672

## SCHEDULE OF LIABILITIES NOT SUBJECT TO COMPROMISE

| for month ending | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | $ 42,850,336 | $ 38,418,036 | $ 53,629,136 | $ - | $ - | $ - |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| State Payroll Taxes | - | - | - | - | - | - |
| Ad Valorem Taxes | - | - | - | - | - | - |
| Other Taxes | 7,530,320 | 13,660,407 | 18,369,172 | - | - | - |
| TOTAL TAXES PAYABLE | $ 7,530,320 | $ 13,660,407 | $ 18,369,172 | $ - | $ - | $ - |
| DIP FINANCING | $ 90,000,000 | $ 90,000,000 | $ 90,000,000 | $ - | $ - | $ - |
| ACCRUED INTEREST PAYABLE - DIP | 1,874,734 | 237,642 | 1,056,188 | - | - | - |
| *ACCRUED PROFESSIONAL FEES: | 5,565,786 | 12,816,044 | 20,754,226 | - | - | - |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. DEFERRED REVENUE | 3,134,627 | 3,459,776 | 2,923,634 | - | - | - |
| 2. ARO [1] | 343,906,283 | 343,084,400 | 321,560,356 | - | - | - |
| 3. OTHER [2] | 795,343 | 2,532,457 | 1,847,171 | - | - | - |
| TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE (MOR-3) | $ 495,657,429 | $ 504,208,762 | $ 510,139,883 | $ - | $ - | $ - |

*Payment Requires Court Approval.

Notes

[1] ARO liabilities are assumed to be not subject to compromise; see "GLOBAL NOTES TO MONTHLY OPERATING REPORT" note number 5

[2] Other post-petition liabilities primarily includes post-retirement medical benefits accrued on a post-petition basis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.  CASE NUMBER: 18-35672

## AGING OF LIABILITIES NOT SUBJECT TO COMPROMISE
MONTH: DECEMBER

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | $ 71,998,308 | $ 53,629,136 | $ - | $ - | $ 18,369,172 | $ - |
| 31-60 | - | - | - | - | - | - |
| 61-90 | - | - | - | - | - | - |
| 91+ | - | - | - | - | - | - |
| TOTAL | $ 71,998,308 | $ 53,629,136 | $ - | $ - | $ 18,369,172 | $ - |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | October | November | December | January | February | March |
|---|---|---|---|---|---|---|
| 0-30 | $ 65,328,758 | $ 66,816,429 | $ 69,565,396 | $ - | $ - | $ - |
| 31-60 | 749,275 | 749,449 | 992,937 | - | - | - |
| 61-90 [1] | 449,022 | 501,247 | 521,333 | - | - | - |
| 91+ [1] | 1,397,758 | 1,598,573 | 2,099,820 | - | - | - |
| TOTAL | $ 67,924,813 | $ 69,665,698 | $ 73,179,486 | $ - | $ - | $ - |

*Notes*

[1] The Debtors expect amounts aged over 60 days to be resolved promptly and amounts aged over 91 days primarily reflect accounts receivable for reclamation charges under dispute

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.  CASE NUMBER: 18-35672

## STATEMENT OF INCOME (LOSS) [1]

|  | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-1) | $ 63,106,204 | $ 67,593,714 | $ 74,675,555 | $ - | $ - | $ 205,375,473 |
| TOTAL COST OF REVENUES | 52,185,954 | 55,402,792 | 55,149,807 | - | - | 162,738,553 |
| GROSS PROFIT | 10,920,250 | 12,190,922 | 19,525,748 | - | - | 42,636,920 |
| OPERATING EXPENSES: | | | | | | |
|    Selling, General, & Administrative | $ 11,242,909 | $ 6,312,677 | $ 6,234,540 | $ - | $ - | $ 23,790,126 |
|    Insiders Compensation | 228,327 | 369,797 | 361,380 | - | - | 959,504 |
|    Professional Fees | 5,434,541 | 8,362,096 | 11,379,589 | - | - | 25,176,226 |
| **TOTAL OPERATING EXPENSES** | $ 16,905,777 | $ 15,044,570 | $ 17,975,509 | $ - | $ - | $ 49,925,856 |
| **INCOME (LOSS) BEFORE INT, DEPR/TAX (MOR-1)** | $ (5,985,527) | $ (2,853,648) | $ 1,550,239 | $ - | $ - | $ (7,288,936) |
| INTEREST INCOME / (EXPENSE) | (3,368,996) | (717,470) | 2,256,811 | - | - | (1,829,655) |
| DD&A EXPENSE | (5,949,118) | (6,298,842) | 8,465,458 | - | - | (3,782,502) |
| OTHER INCOME / (EXPENSE) | (1,145,644) | (1,168,633) | (1,577,154) | - | - | (3,891,431) |
| OTHER ITEMS [2] | (20,450,417) | (75,000) | 5,150 | - | - | (20,520,267) |
| **TOTAL INT, DEPR & OTHER ITEMS** | $ (30,914,175) | $ (8,259,945) | $ 9,150,265 | $ - | $ - | $ (30,023,855) |
| NET INCOME BEFORE TAXES | $ (36,899,702) | $ (11,113,593) | $ 10,700,504 | $ - | $ - | $ (37,312,791) |
| FEDERAL INCOME TAXES [3] | - | - | - | - | - | - |
| **NET INCOME (LOSS) (MOR-1)** | $ (36,899,702) | $ (11,113,593) | $ 10,700,504 | $ - | $ - | $ (37,312,791) |

*Notes*

[1] Statement of income/(loss) presented for the full month of October 2018

[2] Includes reorganization items such as the write-off of unamortized debt issuance costs related to debt subject to compromise

[3] Income tax accruals are completed on a quarterly basis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.  
CASE NUMBER: 18-35672

| CASH RECEIPTS AND DISBURSEMENTS | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH * | $ 38,234,352 | $ 70,103,556 | $ 67,769,852 | $ - | $ - | $ 38,234,352 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | $ 62,277,459 | 66,819,085 | $ 68,158,108 | $ - | $ - | $ 197,254,652 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | - | - | - | - | - | - |
| 4. LOANS & ADVANCES (attach list) | - | - | - | - | - | - |
| 5. SALE OF ASSETS | 82,731 | - | - | - | - | 82,731 |
| 6. OTHER | 1,639,543 | 303,830 | 450,000 | - | - | 2,393,373 |
| TOTAL RECEIPTS | $ 63,999,733 | $ 67,122,915 | $ 68,608,108 | $ - | $ - | $ 199,730,756 |
| (Withdrawal) Contribution by Individual Debtor MFR-2** | | | | | | |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | $ 12,666,354 | $ 12,645,311 | $ 12,758,011 | $ - | $ - | $ 38,069,676 |
| 8. SALES, USE & OTHER TAXES PAID | 3,805,377 | 14,326,037 | 7,210,424 | - | - | 25,341,837 |
| 9. ROYALTIES | 5,109,824 | 3,631,093 | 3,298,662 | - | - | 12,039,579 |
| 10. OPERATING DISBURSEMENTS | 6,051,653 | 34,740,129 | 33,503,009 | - | - | 74,294,791 |
| 11. INSURANCE | 861,254 | 861,254 | 861,254 | - | - | 2,583,762 |
| 12. OTHER | 3,636,067 | 1,897,850 | 156,572 | - | - | 5,690,489 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | $ 32,130,529 | $ 68,101,674 | $ 57,787,931 | $ - | $ - | $ 158,020,134 |
| 19. PROFESSIONAL FEES | - | 1,354,946 | 2,660,525 | - | - | 4,015,471 |
| 20. U.S. TRUSTEE FEES | - | - | - | - | - | - |
| 21. OTHER REORGANIZATION EXPENSES | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | $ 32,130,529 | $ 69,456,620 | $ 60,448,456 | $ - | $ - | $ 162,035,605 |
| 22. NET CASH FLOW | 31,869,204 | (2,333,704) | 8,159,652 | - | - | 37,695,152 |
| 23. CASH - END OF MONTH * | $ 70,103,556 | $ 67,769,852 | $ 75,929,504 | $ - | $ - | $ 75,929,504 |

_Notes_
* Beginning and ending cash are bank cash; book cash is reflected in MOR-2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.   CASE NUMBER: 18-35672

## Cash Account Reconciliation
## Month of December, 2018

*Bank account balances as of 12/31/18*

| # | Depository | Legal Entity | Type | Account No. | Balance |
|---|---|---|---|---|---|
| 1. | Bank of New York | Western Energy Company | Restricted | 1503 | $ 16,129,079 |
| 2. | Bank of New York | Western Energy Company | Restricted | 3269 | 9,228,287 |
| 3. | Bank of New York | Westmoreland Coal Company | Operating | 3704 | 8,160,365 |
| 4. | CIBC - Canada | Westmoreland Coal Company | Operating | 3816 | 226,925 |
| 5. | CIBC - US | Westmoreland Coal Company | Money Market/Operating | 7961 | 33,696,284 |
| 6. | CIBC - US | Westmoreland Coal Company | Operating | 0304 | 2,349,877 |
| 7. | CIBC - US | Westmoreland Resources GP, LLC | Escrow | 9817 | 4,590 |
| 8. | CIBC - US | San Juan Coal Company | Escrow | 0294 | 1,989 |
| 9. | CIBC - US | San Juan Coal Company | Operating/Escrow | 0141 | (12) |
| 10. | CIBC - US | Westmoreland Coal Sales Company, Inc | Operating | 4793 | - |
| 11. | CIBC - US | Westmoreland Coal Sales Company, Inc | Operating | 6649 | - |
| 12. | CIBC - US | Western Energy Company | Operating | 5037 | - |
| 13. | CIBC - US | Western Energy Company | Operating | 6550 | - |
| 14. | CIBC - US | Western Energy Company | Operating | 6592 | - |
| 15. | CIBC - US | Texas Westmoreland Coal Co | Operating | 5061 | - |
| 16. | CIBC - US | Texas Westmoreland Coal Co | Operating | 6526 | - |
| 17. | CIBC - US | Texas Westmoreland Coal Co | Operating | 6568 | - |
| 18. | CIBC - US | Dakota Westmoreland Corporation | Operating | 5053 | - |
| 19. | CIBC - US | Dakota Westmoreland Corporation | Operating | 6534 | - |
| 20. | CIBC - US | Dakota Westmoreland Corporation | Operating | 6576 | - |
| 21. | CIBC - US | Westmoreland Savage Corp | Operating | 5045 | - |
| 22. | CIBC - US | Westmoreland Savage Corp | Operating | 6542 | - |
| 23. | CIBC - US | Westmoreland Savage Corp | Operating | 6584 | - |
| 24. | CIBC - US | Westmoreland Resources, Inc | Operating | 0168 | 233 |
| 25. | CIBC - US | Westmoreland Resources, Inc | Operating | 6479 | - |
| 26. | CIBC - US | Westmoreland Resources, Inc | Operating | 6500 | - |
| 27. | CIBC - US | Buckingham Coal Company, LLC | Operating | 0930 | - |
| 28. | CIBC - US | Buckingham Coal Company, LLC | Operating | 9825 | - |
| 29. | CIBC - US | Buckingham Coal Company, LLC | Operating | 9833 | - |
| 30. | CIBC - US | San Juan Coal Company | Operating | 5311 | - |
| 31. | CIBC - US | San Juan Coal Company | Operating | 4553 | - |
| 32. | CIBC - US | San Juan Coal Company | Operating | 4561 | - |
| 33. | CIBC - US | Westmoreland Coal Company | Operating | 6607 | - |
| 34. | CIBC - US | Westmoreland Coal Company | Operating | 6615 | - |
| 35. | CIBC - US | Westmoreland Coal Company | Operating | 6623 | - |
| 36. | CIBC - US | Westmoreland Coal Company | Operating | 6631 | - |
| 37. | CIBC - US | Westmoreland Coal Company | Operating | 2998 | 729,000 |
| 38. | CIBC - US | Westmoreland Partners | Operating | 0150 | -[1] |
| 39. | CIBC - US | Westmoreland Partners | Operating | 6495 | -[1] |
| 40. | CIBC - US | San Juan Coal Company | Operating | 5068 | (12) |
| 41. | First Interstate Bank | Western Energy Company | Restricted | 1033 | 7,390,548 |
| 42. | First Interstate Bank | Western Energy Company | Restricted | 0588 | 1,200,072 |
| 43. | First Interstate Bank | Westmoreland Resources Inc | Restricted | 8301 | 716,967 |
| 44. | First Interstate Bank | Western Energy Company | Restricted | 0620 | 229,332 |
| 45. | First Interstate Bank | Westmoreland Coal Company | Operating | 1165 | 402,317 |
| 46. | First Interstate Bank | Western Energy Company | Restricted | 8666 | (24) |
| 47. | First Interstate Bank | Western Energy Company | Restricted | 0353 | 2,794,233 |
| 48. | First Interstate Bank | Westmoreland Resources Inc | Restricted | 085A | 2,276,729 |
| 49. | First Interstate Bank | Westmoreland Resources Inc | Restricted | 0850 | 647,608 |
| 50. | First Interstate Bank | Western Energy Company | Restricted | 0352 | 229,922 |
| 51. | First Tennessee Bank | Western Energy Company | Restricted | 7908 | 620,993 |
| 52. | Morgan Stanley | Western Energy Company | Restricted | 5333 | 47,562,815 |
| 53. | Morgan Stanley | Westmoreland Coal Company | Restricted | 5332 | 6,985,217 |
| 54. | Morgan Stanley | Westmoreland Resources, Inc | Restricted | 6374 | 6,924,229 |
| 55. | Morgan Stanley | Westmoreland Coal Company | Restricted | 6373 | 1,808,562 |
| 56. | Texas Capital Bank | Western Energy Company | Restricted | 0024 | 5,999,750 |
| 57. | Texas Capital Bank | Westmoreland Resources, Inc | Restricted | 0235 | 341,669 |
| 58. | Wellington Shields | Buckingham Coal Company, LLC | Restricted | 4579 | 75,497 |
| 59. | Wells Fargo Bank | Westmoreland Coal Company | Restricted | 4971 | 34,771,530 |
| 60. | Bank of New York | Westmoreland Kemmerer, Inc | Restricted | 8733 | 29,822,818 |
| 61. | CIBC - US | Westmoreland Resource Partners LP | Money Market/Operating | 7303 | 33,191,612 |
| 62. | CIBC - US | Westmoreland Resource Partners LP | Operating | 7488 | 5,727,119 |
| 63. | CIBC - US | Westmoreland Kemmerer, Inc | Operating | 0134 | - |
| 64. | CIBC - US | Westmoreland Kemmerer, Inc | Operating | 6487 | - |
| 65. | CIBC - US | Oxford Mining Company | Operating | 8436 | - |
| 66. | CIBC - US | Oxford Mining Company | Operating | 9809 | - |
| 67. | Morgan Stanley | Westmoreland Kemmerer, Inc | Restricted | 2340 | 226,356 |
| 68. | UBS Financial Services, Inc | Oxford Mining Company | Restricted | 1174 | -[1] |
| 69. | Wellington Shields | Oxford Mining Company | Restricted | 9315 | 2,700,000 |
| 70. | CIBC - US | Westmoreland Resource Partners, LP | Restricted | 6161 | 235,403[2] |
| 71. | First Interstate | Westmoreland Kemmerer LLC | Restricted | 0485 | 60,000[3] |
| | **Total** | | | | $ **263,467,878** |

*Notes*
Ending cash per MOR-7 is comprised of only "CIBC-US" non-escrow accounts; balances reflects ending bank balances
[1] Accounts were closed during the month of November
[2] Account opened in November for purposes of professional fee reserve account
[3] Bank Account opened in November for purposes of cash collateralization of the credit card program at Kemmerer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.　　　　　　　　　CASE NUMBER: 18-35672

## PAYMENTS TO INSIDERS AND PROFESSIONALS [1]

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP TYPE [2] | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|
| 1. Michael G. Hutchinson/Interim Chief Executive Officer, member of Board of Directors | $ 26,923.08 | $ 53,846.16 | $ 53,846.16 | $ - | $ - | $ - |
| 2. Jennifer S. Grafton/Chief Administrative Officer, Chief Legal Officer & Secretary [3] | 17,165.38 | 34,330.76 | 45,690.97 | - | - | - |
| 3. Gary A. Kohn/Chief Financial Officer [3] | 25,050.00 | 81,975.00 | 50,100.00 | - | - | - |
| 4. Joseph E. Micheletti/Chief Operating Officer | 17,357.69 | 34,715.38 | 34,715.38 | - | - | - |
| 5. Sheldon de Jager/Vice President - Financial Planning and Analysis & Treasurer | 8,511.54 | 17,023.08 | 17,023.08 | - | - | - |
| 6. Scott Henry/Vice President, Controller & Chief Accounting Officer WLB/WMLP [3] | 8,319.23 | 16,638.46 | 35,004.35 | - | - | - |
| 7. Jeffrey Stein/Chief Restructuring Officer, member of Board of Directors [4] | 125,000.00 | 131,268.07 | 125,000.00 | - | - | - |
| **TOTAL INSIDERS (MOR-1)** | **$ 228,326.92** | **$ 369,796.91** | **$ 361,379.94** | **$ -** | **$ -** | **$ -** |

### PAYMENTS TO PROFESSIONALS [1]

| PROFESSIONALS: NAME/ORDER DATE | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | MONTH March |
|---|---|---|---|---|---|---|
| 1. Donlin, Recano, & Company, Inc. | $ - | $ 136,696.42 | $ - | $ - | $ - | $ - |
| 2. Schulte Roth & Zabel, LLP | - | 647,141.77 | 421,304.29 | - | - | - |
| 3. Houlihan Lokey, Inc | - | 153,323.25 | 153,407.39 | - | - | - |
| 4. FTI Consulting | - | 150,361.44 | 150,000.00 | - | - | - |
| 5. Jones Walker LLP | - | 78,858.00 | 18,701.04 | - | - | - |
| 6. Thunderwood Capital | - | 22,196.00 | 22,196.00 | - | - | - |
| 7. Seward & Kissel | - | 15,173.00 | 39,490.00 | - | - | - |
| 8. Keith Alessi | - | 30,000.00 | 30,000.00 | - | - | - |
| 9. Dinsmore | - | 34,248.50 | 33,013.50 | - | - | - |
| 10. Winston & Strawn | - | 86,947.50 | - | - | - | - |
| 11. Morrison & Foerster | - | - | 295,951.87 | - | - | - |
| 12. Kramer Levin | - | - | 1,496,460.70 | - | - | - |
| **TOTAL PROFESSIONALS (MOR-1)** | **$ -** | **$ 1,354,945.88** | **$ 2,660,524.79** | **$ -** | **$ -** | **$ -** |

Notes
[1] All payments reflect post-petition payments only
[2] Comp type included reflects gross wages and consulting payments; all where applicable for the post-petition period
[3] Includes vacation sellback
[4] Includes expense reimbursement

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: WESTMORELAND COAL COMPANY, et. al.        CASE NUMBER: 18-35672

### Exhibit A - CONSOLIDATING DISBURSEMENTS OF JOINTLY ADMINISTERED CASES IN CHAPTER 11 [1]

| Entity | Case Number | MONTH October | MONTH November | MONTH December | MONTH January | MONTH February | Quarter to date | Filing to date |
|---|---|---|---|---|---|---|---|---|
| Absaloka Coal, LLC | 18-35673 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Basin Resources, Inc. | 18-35674 | - | - | - | - | - | - | - |
| Buckingham Coal Company, LLC | 18-35675 | 1,445,051 | 3,843,398 | 5,413,282 | - | - | 10,701,731 | 10,701,731 |
| Dakota Westmoreland Corporation | 18-35676 | 281,877 | 475,075 | 407,662 | - | - | 1,164,614 | 1,164,614 |
| Daron Coal Company, LLC | 18-35677 | - | - | - | - | - | - | - |
| Harrison Resources, LLC | 18-35678 | - | - | - | - | - | - | - |
| Haystack Coal Company | 18-35679 | - | - | - | - | - | - | - |
| Oxford Conesville, LLC | 18-35680 | - | - | - | - | - | - | - |
| Oxford Mining Company - Kentucky, LLC | 18-35681 | - | - | - | - | - | - | - |
| Oxford Mining Company, LLC | 18-35682 | 1,749,596 | 6,575,123 | 5,795,085 | - | - | 14,119,804 | 14,119,804 |
| San Juan Coal Company | 18-35684 | 2,275,690 | 5,562,769 | 4,430,591 | - | - | 12,269,050 | 12,269,050 |
| San Juan Transportation Company | 18-35683 | - | - | - | - | - | - | - |
| Texas Westmoreland Coal Company | 18-35685 | - | - | - | - | - | - | - |
| WCC Land Holding Company, Inc. | 18-35686 | - | - | - | - | - | - | - |
| WEI - Roanoke Valley, Inc. | 18-35687 | - | - | - | - | - | - | - |
| Western Energy Company | 18-35688 | 10,701,359 | 18,498,585 | 17,057,360 | - | - | 46,257,304 | 46,257,304 |
| Westmoreland - Roanoke Valley, LP | 18-35708 | - | - | - | - | - | - | - |
| Westmoreland Coal Company | 18-35672 | 9,121,308 | 14,287,231 | 12,941,117 | - | - | 36,349,655 | 36,349,655 |
| Westmoreland Coal Company Asset Corp. | 18-35689 | - | - | - | - | - | - | - |
| Westmoreland Coal Sales Company, Inc. | 18-35690 | 15,250 | 15,250 | - | - | - | 30,500 | 30,500 |
| Westmoreland Energy Services New York, Inc. | 18-35691 | - | - | - | - | - | - | - |
| Westmoreland Energy Services, Inc. | 18-35693 | - | - | - | - | - | - | - |
| Westmoreland Energy, LLC | 18-35694 | - | - | - | - | - | - | - |
| Westmoreland Kemmerer Fee Coal Holdings, LLC | 18-35695 | - | - | - | - | - | - | - |
| Westmoreland Kemmerer, LLC | 18-35696 | 2,179,593 | 12,837,306 | 8,050,208 | - | - | 23,067,107 | 23,067,107 |
| Westmoreland Mining LLC | 18-35697 | - | - | - | - | - | - | - |
| Westmoreland North Carolina Power, LLC | 18-35698 | - | - | - | - | - | - | - |
| Westmoreland Partners | 18-35700 | 288 | 325 | - | - | - | 613 | 613 |
| Westmoreland Power, Inc. | 18-35701 | - | - | - | - | - | - | - |
| Westmoreland Resource Partners, LP | 18-35702 | - | 82,731 | - | - | - | 82,731 | 82,731 |
| Westmoreland Resources GP, LLC | 18-35703 | - | - | - | - | - | - | - |
| Westmoreland Resources, Inc. | 18-35704 | 3,842,000 | 5,518,546 | 4,441,605 | - | - | 13,802,150 | 13,802,150 |
| Westmoreland San Juan Holdings, Inc. | 18-35705 | - | - | - | - | - | - | - |
| Westmoreland San Juan, LLC | 18-35706 | - | - | - | - | - | - | - |
| Westmoreland Savage Corporation | 18-35707 | 131,528 | 631,672 | 224,932 | - | - | 988,132 | 988,132 |
| Westmoreland Texas Jewett Coal Company | 18-35671 | 386,987 | 1,128,608 | 1,686,615 | - | - | 3,202,209 | 3,202,209 |
| WRI Partners, Inc. | 18-35709 | - | - | - | - | - | - | - |
| **Total (same as MOR-1 disbursements)** | | $ 32,130,525 | $ 69,456,620 | $ 60,448,456 | $ - | $ - | $ 162,035,601 | $ 162,035,601 |