**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| | § |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | § Case No. 18-35672 (DRJ) |
| | § |
| Debtors. | § (Jointly Administered) |
| | § |

**NOTICE OF RESCHEDULED CONFIRMATION HEARING**

**PLEASE TAKE NOTICE** that on December 19, 2018, the Court entered the *Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Joint Chapter 11 Plan of Westmoreland Coal Company and Certain of its Debtor Affiliates, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto* [Docket No. 841] (the "Disclosure Statement Order"), which scheduled the hearing (the "Confirmation Hearing") to consider confirmation of the *Joint Chapter 11 Plan of Westmoreland Coal Company and Certain of its Debtor Affiliates* [Docket No. 788] (as may be amended, supplemented, or modified from time to time, including all exhibits and schedules thereto, the "Plan") to take place on February 13, 2019 at 10:00 a.m. (prevailing Central Time) before the Honorable David R. Jones, in Courtroom 400, 4th Floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002.

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing is hereby rescheduled and will take place on **February 26, 2019** at 1:00 p.m. (prevailing Central Time), with the hearing to continue on **February 28, 2019** at 1:00 p.m. if necessary.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://www.donlinrecano.com/westmoreland or by calling (800) 499-8519 (toll-free in North America) or (212) 481-1411 (outside North America). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Houston, Texas
February 10, 2019

/s/ *Patricia B. Tomasco*

| | |
|---|---|
| Patricia B. Tomasco (Bar No. 01797600) | James H.M. Sprayregen, P.C. |
| Matthew D. Cavenaugh (Bar No. 24062656) | Michael B. Slade (Bar No. 24013521) |
| **JACKSON WALKER L.L.P.** | Gregory F. Pesce (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 300 North LaSalle |
| Facsimile: (713) 752-4221 | Chicago, Illinois 60654 |
| Email: ptomasco@jw.com | Telephone: (312) 862-2000 |
| mcavenaugh@jw.com | Facsimile: (312) 862-2200 |
| | Email: james.sprayregen@kirkland.com |
| | michael.slade@kirkland.com |
| | gregory.pesce@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession*

-and-

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com

-and-

Anna G. Rotman, P.C. (Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:   (713) 836-3600
Email:   anna.rotman@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on February 10, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Patricia B. Tomasco*
Patricia B. Tomasco
