UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | ) | Case No. 18-35672 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF RESET OF HEARING ON FEBRUARY 26, 2019, AT 1:00 P.M. (CENTRAL TIME) TO FEBRUARY 28, 2019, AT 1:00 P.M. (CENTRAL TIME)**

**PLEASE TAKE NOTICE** that the hearing to consider the matters listed below was scheduled to take place on February 26, 2019, at 1:00 p.m. (prevailing Central Time), with the hearing to continue on February 28, 2019 at 1:00 p.m. if necessary:

- *Motion of Westmoreland Coal Company and Certain Debtor Affiliates for Entry of Final Decree Closing Certain Chapter 11 Cases* [Docket No. 1129];

- *Debtors' Motion for Entry of an Order Approving Omnibus Claims Objection Procedures and Filing of Substantive Omnibus Claims Objections* [Docket No. 1212]*;*

- *Debtors' Emergency Motion to Waive Compliance with Section 345(b) of the Bankruptcy Code on a Final Basis* [Docket No. 1316];

- *Debtors' Emergency Motion for Entry of an Order Authorizing and Approving Intercompany Settlement Term Sheet* [Docket No. 1367];

- *Debtors' (I) Emergency Preliminary Objection to the State of Ohio, Environmental Protection Agency's Application for Allowance and Payment of Administrative Expense, and (II) Emergency Request for a Hearing on Such Application* [Docket No. 1417];

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

- confirmation of the *Amended Joint Chapter 11 Plan of Westmoreland Coal Company and Certain of its Debtor Affiliates* [Docket No. 1457]; and

- *WLB Debtors' <u>Emergency</u> Motion for Entry of an Order Authorizing and Approving Settlement Term Sheet between the WLB Debtors and the Coal Act Retirees Committee* [Docket No. 1467].

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to the foregoing matters scheduled to occur on February 26, 2019 at 1:00 p.m. (prevailing Central Time) is hereby *canceled*.

**PLEASE TAKE FURTHER NOTICE** that the hearing with respect to the foregoing matters is hereby rescheduled for ***February 28, 2019 at 1:00 p.m. (prevailing Central Time)***, before the Honorable David R. Jones, in Courtroom 400, 4th Floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://www.donlinrecano.com/westmoreland or by calling (800) 499-8519 (toll-free in North America) or (212) 481-1411 (outside North America). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Houston, Texas
February 25, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (Bar No. 24062656) | James H.M. Sprayregen, P.C. |
| **JACKSON WALKER L.L.P.** | Michael B. Slade (Bar No. 24013521) |
| 1401 McKinney Street, Suite 1900 | Gregory F. Pesce (admitted *pro hac vice*) |
| Houston, Texas 77010 | **KIRKLAND & ELLIS LLP** |
| Telephone: (713) 752-4200 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (713) 752-4221 | 300 North LaSalle |
| Email: mcavenaugh@jw.com | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| *Co-Counsel to the Debtors* | Facsimile: (312) 862-2200 |
| *and Debtors in Possession* | Email: james.sprayregen@kirkland.com |
| | michael.slade@kirkland.com |
| | gregory.pesce@kirkland.com |

-and-

Edward O. Sassower, P.C.
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com

-and-

Anna G. Rotman, P.C. (Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:    (713) 836-3600
Email:    anna.rotman@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on February 25, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                                  */s/ Matthew D. Cavenaugh*
                                                                                  Matthew D. Cavenaugh