

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

ENTERED
02/26/2019

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-35672 |
|---|---|---|---|
| Debtor | In Re: | WESTMORELAND COAL COMPANY, et al. | |

This lawyer, who is admitted to the State Bar of ___Delaware, Pennsylvania___:

| | |
|---|---|
| Name | Richard W. Riley |
| Firm | Duane Morris LLP |
| Street | 222 Delaware Avenue, Suite 1600 |
| City & Zip Code | Wilmington, DE 19801 |
| Telephone | 302-657-4900 |
| Licensed: State & Number | DE: 4052; PA: 52724 |

Seeks to appear as the attorney for this party:

| Federal Insurance Company, together with its affiliates and successors (the "Chubb Companies") |
|---|
| Dated: 2/22/2019      Signed: _/s/ Richard W. Riley_ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:      Signed: _____<br>Deputy Clerk |

Order  (Docket No. 1465)

This lawyer is admitted *pro hac vice*.
The lawyer shall review the Local Rules and the Court's published procedures.

**Signed: February 26, 2019**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE