UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF

ENTERED
02/26/2019

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 18-35672 (DRJ) |
|---|---|---|---|
| Debtor | | In Re: WESTMORELAND COAL COMPANY, et al. | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | George L. Arnold<br>Arnold Law Offices, PLLC<br>20 Yellow Creek Rd.,<br>Evanston WY 82930<br>307-789-7887 main, garnold@arnoldlawoffices.com<br>Wyoming Bar no. 5-1579<br>Admitted on 9-13-1977 to Wyo Federal District Court<br>(No federal bar no. Fed. Dist Ct. uses Wyo Bar no. 5-1579) |
|---|---|

| Name of party applicant seeks to appear for: | GT Nix Construction, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/22/2019 | Signed: *George L. Arnold* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**
(Docket No. 1468)

**This lawyer is admitted *pro hac vice*.**
The lawyer shall review the Local Rules and the Court's published procedures.

**Signed: February 26, 2019**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**