

ENTERED
02/26/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | ) Case No. 18-35672 (DRJ) |
| DEBTORS. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

ORDER ~~GRANTING~~ DENYING EMERGENCY MOTION TO QUASH
**(relates to Dkt No. 1505)**

Upon the Emergency Motion of Zurich American Insurance Company, and its affiliate, Fidelity & Deposit Company of Maryland (collectively, "**Zurich**"), for entry of an order requesting that the Court quash the *Notice of Deposition of Zurich American Insurance Company, and its Affiliate, Fidelity and Deposit Company of Maryland* [Dkt. No. 1484] ("**Examination Notice**"), and this Court having found that the relief requested in the Emergency Motion should be ~~granted after holding a hearing and considering the arguments of counsel and after due deliberation and sufficient cause appearing therefore~~ denied; it is HEREBY ORDERED THAT:

1. The Motion is ~~granted as set forth herein~~ DENIED.

2. Nothing is this order affects any privilege that may be available.

3. The provisions of this Order are immediately effective and enforceable.

Signed: February 26, 2019.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

obtained on the website of the claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland.

4839-8743-7961.1/C2996/340703/022619