UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

ENTERED
02/28/2019

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 18-35672 (MI) |
|---|---|---|---|
| Debtor | In Re: | WESTMORELAND COAL COMPANY, ET AL. | |

This lawyer, who is admitted to the State Bar of _____NEW YORK_____:

| | |
|---|---|
| Name | ERICA S. WEISGERBER |
| Firm | DEBEVOISE & PLIMPTON LLP |
| Street | 919 THIRD AVENUE |
| City & Zip Code | NEW YORK, NY 10022 |
| Telephone | 212-909-6698 |
| Licensed: State & Number | NEW YORK # 4647749 |

Seeks to appear as the attorney for this party:

| McKinsey Recovery & Transformation Services U.S., LLC |
|---|
| Dated: February 27, 2019    Signed: /s/ Zack A. Clement |

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 2-28-19    Signed: _____
                          Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: 2-28-19    _____
                  United States Bankruptcy Judge

***The lawyer shall review the Local Rules and the Court's published procedures.