UNITED STATES BANKRUPTCY COURT              SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-35672 |
|---|---|---|---|
| Debtor | In Re: | Westmoreland Coal Company, et al. | |

This lawyer, who is admitted to the State Bar of _____Ohio_____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Scott A. Kane<br>Squire Patton Boggs (US) LLP<br>201 E. Fourth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>513-361-1200<br>Ohio; 0068839 |

Seeks to appear as the attorney for this party:

| CCU Coal and Construction, LLC |
|---|
| Dated: 4/18/2019 | Signed: /s/ Scott A. Kane |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                    Signed: _____
                                            Deputy Clerk

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                            United States Bankruptcy Judge