

ENTERED
08/14/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WESTMORELAND COAL COMPANY, *et al.*,[7] | § | Case No. 18-35672 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING JACKSON WALKER LLP'S
FIRST INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE WMLP DEBTORS
FOR THE PERIOD FROM MARCH 1, 2019 THROUGH JUNE 21, 2019**
(Relates to ECF No. __)  2162

CAME ON FOR CONSIDERATION, the *First Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the WMLP Debtors for the Period From March 1, 2019 through June 21, 2019* (the "Application") filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the WMLP Debtors, it is therefore

ORDERED, that JW is hereby allowed compensation for attorneys' fees in the amount of $284,146.50 and reimbursement of expenses in the amount of $3,417.70 for the Final Application Period; it is further

ORDERED, that the fees in the amount of $284,146.50 and expenses in the amount of $3,417.70 requested in the Application are hereby fully and finally allowed; it is further

---

[7] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

23444387v.4 133040/00005

ORDERED, that the WMLP Debtors are authorized to pay to JW, the fees and expenses approved herein less any fees and expenses previously paid pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 495].

Signed:  August 14, 2019

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE