

ENTERED
08/15/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | § | Case No. 18-35672 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING JACKSON WALKER LLP'S
FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM OCTOBER 9, 2018, THROUGH DECEMBER 31, 2018**
(Relates to ECF No. __)  1726

CAME ON FOR CONSIDERATION, the *First Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period From October 9, 2018 through December 31, 2018* (the "Application") filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed interim compensation for attorneys' fees in the amount of $223,516.00 incurred from October 9, 2018 through December 31, 2018; it is further

ORDERED, that JW is hereby allowed reimbursement of interim expenses in the amount of $70,605.87; it is further

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

22738152v.1 133040/00004

ORDERED, that the Debtors are authorized and directed to pay, to JW, the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 495]:

| | |
|---|---:|
| Total Fees Requested: | $223,516.00 |
| Total Expenses Requested: | $70,605.87 |
| **Total Requested in this Application:** | **$294,121.87** |
| Amount Paid for First Fee Statement: | ($190,145.73) |
| **Total Fees and Expenses Due:** | **$103,976.14** |

**Signed: August 15, 2019**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**