

ENTERED
08/22/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WESTMORELAND COAL COMPANY, *et al.*,[7] | § | Case No. 18-35672 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING JACKSON WALKER LLP'S
SECOND INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE WLB DEBTORS
FOR THE PERIOD FROM OCTOBER 9, 2018 THROUGH FEBRUARY 28, 2019**

(Relates to ECF No. 1731)

CAME ON FOR CONSIDERATION, the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the WLB Debtors for the Period From October 9, 2018 through February 28, 2019* (the "Application") filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final approval of compensation for attorneys' fees in the amount of $392,659.50 and reimbursement of expense incurred in the amount of $77,878.90 for the period from October 9, 2018 through February 28, 2019; it is further

---

[7] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

22786557v.1 133040/00004

ORDERED, that JW is hereby allowed compensation for attorneys' fees in the amount of $169,143.50 and reimbursement of expenses in the amount of $7,273.03 for the Second Interim Period; it is further

ORDERED, that the fees in the amount of $226,516.00 and expenses in the amount of $70,605.87 requested in the First Interim Application are hereby fully and finally allowed; it is futher

ORDERED, that the Debtors are authorized to pay, to JW, the fees and expenses approved herein less any fees and expenses previously paid pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 495].

Signed:  August 22, 2019

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**