

ENTERED
08/30/2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | § | Case No. 18-35672 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING SUPPLEMENT TO FINAL FEE APPLICATION OF
JACKSON WALKER LLP FOR THE PERIOD FROM OCTOBER 9, 2018
THROUGH JUNE 21, 2019 AS CO-COUNSEL TO THE WMLP DEBTORS**
(Relates to ECF No. 2287)

CAME ON FOR CONSIDERATION the *Supplement to the Final Fee Application of Jackson Walker LLP for the Period from October 9, 2018 Through June 21, 2019 as Co-Counsel to the WMLP Debtors* (the "Supplemental Application") filed by Jackson Walker LLP, and the Court having reviewed the Supplemental Application, the matters contained therein and exhibits thereto, and being of the opinion that the expenses incurred should be reimbursed and paid by the WMLP Debtors, it is therefore

ORDERED, that JW is hereby allowed reimbursement for the Supplemental Expenses (as defined in the Supplemental Application) in the amount of $5,817.69 for the Fee Period (as defined in the Supplemental Application); it is further

ORDERED, that the Supplemental Expenses in the amount of $5,817.69 requested in the Supplemental Application are hereby fully and finally allowed; it is further

---

[1]  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland.  Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

23781605v.1 133040/00005

ORDERED, that the WMLP Debtors are authorized to pay to JW the Supplemental Expenses in full.

**Signed:  August 29, 2019**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

23781605v.1 133040/00005