UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF

ENTERED
12/03/2019

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-35672 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Westmoreland Coal Company, et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name | Wesley R. Powell |
| Firm | Willkie Farr & Gallagher LLP |
| Street | 787 Seventh Avenue |
| City & Zip Code | New York, NY 10019 |
| Telephone | 212-728-8000 |
| Licensed: State & Number | New York Bar No. 2671287 |

Seeks to appear as the attorney for this party:

| AlixPartners LLP | |
|---|---|
| Dated: December 2, 2019 | Signed: /s/ Wesley R. Powell |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

Order   (Docket No. 2518)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed:  December 03, 2019

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE