**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WESTMORELAND COAL COMPANY, *et al.*, | ) | Case No. 18-35672 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**THE PROPOSED PROFESSIONALS' WITNESS AND EXHIBIT LIST
FOR JANUARY 15, 2020 HEARING**

McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS"), McKinsey & Company Inc. United States; McKinsey and Company Africa (Pty) Ltd.; McKinsey Knowledge Centre India Private Limited; McKinsey & Company Canada/McKinsey & Compagnie Canada; and McKinsey & Company LME Limited (collectively, the "Proposed Professionals") hereby file their Witness and Exhibit List for the hearing to be held on January 15, 2020 at 9:00 a.m. (prevailing Central Time) (the "Hearing") as follows:

**WITNESSES**

The Proposed Professionals may call the following witnesses at the Hearing:

1. Any witness listed, offered, or called by any other party prior to or at the Hearing;

2. Any rebuttal witness that may be necessary; and

3. The Proposed Professionals reserve the right to cross-examine any witness called by any other party.

**EXHIBITS**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Any exhibit necessary for cross-examination, impeachment, or rebuttal purposes | | | | | | |
| 2 | Any exhibit identified or offered by any other party | | | | | | |

**RESERVATION OF RIGHTS**

The Proposed Professionals reserve the right to call or to introduce one or more, or none, of the witnesses or exhibits listed above and further reserve the right to supplement this list prior to the Hearing.

Dated: January 15, 2020
Houston, TX

Respectfully submitted,

By: /s/ FAITH E. GAY

Faith E. Gay (*pro hac vice*)
Jennifer M. Selendy (*pro hac vice*)
Erica Iverson (*pro hac vice*)
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
E-mail: fgay@selendygay.com
jselendy@selendygay.com
eiverson@selendygay.com

Zack A. Clement
ZACK A. CLEMENT PLLC
3753 Drummond Street
Houston TX 77025
Telephone: (832) 274-7629
E-mail: zack.clement@icloud.com

M. Natasha Labovitz (*pro hac vice*)
John Gleeson (*pro hac vice*)
Erica Weisgerber (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
jgleeson@debevoise.com
eweisgerber@debevoise.com

*Attorneys for the Proposed Professionals*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020, I caused the foregoing pleading to be filed with the Court and thereby served by the Court's CM/ECF noticing to all parties registered to receive electronic notice in this case.

/s/ Zack A. Clement