UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WESTMORELAND COAL COMPANY, *et al.*,[1] | Case No. 18-35672 (DRJ) |
| Reorganized Debtors. | (Jointly Administered) |

### MCKINSEY RECOVERY & TRANSFORMATION SERVICES U.S., LLC'S MOTION TO SEAL

McKinsey Recovery & Transformation Services U.S., LLC ("McKinsey RTS"), through its counsel, respectfully states as follows:

1. On February 6, 2020, during Mr. Hojnacki's testimony, the Court requested copies of (i) a post-confirmation consulting agreement entered into between McKinsey RTS and the WLB Debtors and (ii) a post-confirmation consulting agreement entered into between McKinsey RTS and the purchaser of the WLB Debtors' assets.

2. At the conclusion of the day, the Court advised Mr. Hojnacki that he was still on the stand and should not discuss his testimony or any occurrences in court with anyone.

3. McKinsey RTS is providing the documents the Court requested, along with a brief statement concerning those documents.

4. Out of an abundance of caution in respect of the Court's order concerning communications with Mr. Hojnacki about his testimony, McKinsey RTS is filing its statement and those documents under seal, pending the completion of Mr. Hojnacki's testimony.

---

[1] Due to the large number of debtors in these chapter 11 cases, which are consolidated for procedural purposes only, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the proposed claims and noticing agent in these chapter 11 cases at www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

1

5. McKinsey RTS has no objection to the unsealing of its statement and the attachments at any time the Court deems appropriate.

Dated: February 7, 2020
Houston, Texas

Respectfully submitted,

ZACK A. CLEMENT PLLC

/s/ *Zack A. Clement*
Zack A. Clement
ZACK A. CLEMENT PLLC
3753 Drummond Street
Houston, Texas 77025
Telephone: (832) 274-7629
E-mail: zack.clement@icloud.com

Faith E. Gay (*pro hac vice*)
Jennifer M. Selendy (*pro hac vice*)
Erica R. Iverson (*pro hac vice*)
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000
E-mail: fgay@selendygay.com
jselendy@selendygay.com

M. Natasha Labovitz (*pro hac vice*)
John Gleeson (*pro hac vice*)
Erica Weisgerber (*pro hac vice*)
Nick S. Kaluk, III (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
jgleeson@debevoise.com
eweisgerber@debevoise.com

*Attorneys for the Proposed Professionals*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, I caused the foregoing pleading to be filed with the Court and thereby served by the Court's CM/ECF noticing to all parties registered to receive electronic notice in this case.

>	/s/ *Zack A. Clement*
>	Zack A. Clement