

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

ENTERED
12/07/2020

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 18-35672 |
|---|---|---|---|
| | Debtor | In Re: | Westmoreland Coal Company, et al. |

| | |
|---|---|
| Lawyer's Name | Amy K. Kaufman |
| Firm | Ohio Attorney General |
| Street | 150 East Gay Street, 21st Floor |
| City & Zip Code | Columbus, Ohio 43215 |
| Telephone & Email | (614) 728-4324  Amy.Kaufman@ohioattorneygeneral.gov |
| Licensed: State & Number | Ohio  0073837 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Ohio Department of Taxation |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____    No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 12/1/2020 | Signed: | /s/ Amy K. Kaufman |
|---|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**
(Docket No. 3180)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

**This lawyer is admitted *pro hac vice*.**

Signed:  December 07, 2020

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE