# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE<br><br>WESTMORELAND COAL COMPANY, *et al.*<br><br>DEBTORS.[1] | Chapter 11<br><br>Case No.: 18-35672 (DRJ)<br><br>(Jointly Administered) |

## NOTICE OF ELECTRONIC HEARING ON DECEMBER 23, 2020 at 9 A.M. (PREVAILING HOUSTON TIME)

**PLEASE TAKE NOTICE** a hearing is set on December 23, 2020 beginning at 9:00 a.m. (prevailing Houston time) before Chief Judge David R. Jones at the United States Bankruptcy Court, Houston, Texas to consider the Joint Emergency Motion filed by the United States Trustee and McKinsey Recovery & Transformation Services U.S., LLC and Its Affiliates in Furtherance of Mediation [Docket No. 3186] (the "Joint Motion"). You may participate in the hearing by audio or video connection.

If you object to the relief requested or you believe that emergency consideration is not warranted, you must either appear at the hearing or file a written response prior to the hearing. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their tax identification, registration, or like numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent in these chapter 11 cases as www.donlinrecano.com/westmoreland. Westmoreland Coal Company's service address for the purposes of these chapter 11 cases is 9540 South Maroon Circle, Suite 300, Englewood, Colorado 80112.

**Audio Communication**

Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long- distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**.

**Video Communication:**

Parties may view video via GoToMeeting.  To use GoToMeeting, the Court recommends that you download the free GoToMeeting application.  To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting application or click the link on Judge Jones's home page on the Southern District of Texas website.  Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**Hearing Appearances:**

Hearing appearances must be made electronically in advance of the hearing.  To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu.  Select "Judges' Procedures," then "View Home Page" for Judge Jones.  Under "Electronic Appearance" select "Click here to submit Electronic Appearance."  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

| | | |
|---|---|---|
| Dated: | December 9, 2020<br>Houston, Texas | Respectfully submitted,<br><br>ZACK A. CLEMENT PLLC |
| | By: | /s/ *Faith Gay* |

Faith E. Gay (*pro hac vice*)
Jennifer M. Selendy (*pro hac vice*)
Maria Ginzburg (*pro hac vice*)
David S. Flugman (*pro hac vice*)
Joshua S. Margolin (*pro hac vice*)
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000
E-mail: fgay@selendygay.com
jselendy@selendygay.com
mginzburg@selendygay.com
dflugman@selendygay.com
jmargolin@selendygay.com

Zack A. Clement
ZACK A. CLEMENT PLLC
3753 Drummond Street
Houston, Texas 77025
Telephone: (832) 274-7629
E-mail: zack.clement@icloud.com

M. Natasha Labovitz (*pro hac vice*)
John Gleeson (*pro hac vice*)
Erica Weisgerber (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
jgleeson@debevoise.com
eweisgerber@debevoise.com

*Attorneys for McKinsey Recovery & Transformation Services U.S., LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, I caused the foregoing notice to be filed with the Court and thereby served by the Court's CM/ECF noticing to all parties registered to receive electronic notice in this case.

*/s/ Zack A. Clement*